# WARDGREENBERG

NEW YORK   PENNSYLVANIA   NEW JERSEY   DELAWARE

DENNIS R. CALLAHAN
T. 215 836 1881
F. 215 836 2845
DCALLAHAN@WARDGREENBERG.COM

April 26, 2019

*Via Email and First-Class Mail*

George E. McLaughlin
Warshauer McLaughlin Law Group, P.C.
1890 Gaylord Street
Denver, CO 80206

*Re:*   *Cooper v. Instant Brands Inc. et al.*
          *Case 1:18-cv-02611-MSK*

Dear Mr. McLaughlin:

In response to your letter raising certain issues surrounding the discovery responses of Instant Brands, I offer the following.

As stated previously, Dr. Yi Qin, is an employee of Instant Brands Inc. working at its Ottawa offices. His business address is Instant Brands Inc., 495 March Road, Suite 200, Kanata Ontario K2K 3G1.

I have requested a copy of the Allianz policy. Instant Brands is not a named insured on that policy, and I note that the policy is likely to cover the unrelated business operations of non-parties and contain confidential pricing and underwriting information of Allianz. I cannot make a final commitment to produce the entire policy without first reviewing it.

Instant Brands will confirm whether it is in possession of any additional marketing materials that were available to U.S. consumers in 2016. It has already produced its product packaging and website from that year.

Instant Brands will search its records to identify incidents occurring prior to September 27, 2017 involving the DUO60 V1, where it was generally alleged the unit was opened while under pressure, and it will produce any relevant documents it identifies during that search, subject to the objections and limitations previously raised. At this point in the litigation, plaintiffs have not articulated a theory of liability which is consistent with the factual allegations in their pleadings. Any further search for information relating to other claims and incidents, with no basis to evaluate

**EXHIBIT G**
1 of 2

WARD GREENBERG HELLER & REIDY LLP

George E. McLaughlin
April 26, 2019
Page 2

the relationship between those other incidents and the facts at issue here, would be disproportional to the needs of this civil action.

Very truly yours,

Dennis R. Callahan

DRC/ddt

cc:   Mark Davis
      Kenneth Moll