File E214884              Page T1-1 of 2            Issued: 2013-09-27

TEST RECORD NO. 1

SAMPLES:

    Representative production samples of the Electric Pressure Cooker/Smart Cooker, Models IP-DUO50, IP-DUO60, MY-13CS501W and MY-13CS601W, were submitted by the manufacturer for examination and test.  They were found to be constructed as described in the preceding section of this Report.

    The tests were conducted at Guangdong Md Consumer Electric Mfg Co Ltd, Guangdong, China, and witnessed by a member of Underwriters Laboratories' Engineering Staff under Witness Test Data Program.

GENERAL:

    The test results reported relate only to the items tested.

    The following tests denoted with Para. in both UL and CSA were conducted in accordance with UL1026 were considered representative of the same tests required by Canadian Standard, CSA C22.2 No. 1335.1 and have been adjusted to accommodate the most severe condition of both UL and CSA requirements.  Tests were in accordance to CSA requirements with testing items only shown in Canadian Standard Tests.

| UL STANDARD TESTS | PARA. NO. OF UL1026 | CANADIAN STANDARD TESTS | PARA. NO. OF C22.2 NO. 1335.1(NO. 1335.2.15 REFER TO NO. 1335.1) |
|---|---|---|---|
| POWER INPUT | 37 | POWER INPUT AND CURRENT | 10 |
| OPERATIONAL | 39 | N/A | N/A |
| LEAKAGE CURRENT | 38 | LEAKAGE CURRENT | 13 |
| NORMAL TEMPERATURE TEST – RICE COOKERS | 41 | HEATING TEST FOR HEATING APPLIANCES | 11.10 |
| LEAKAGE CURRENT AS A RESULT OF MOISTURE | 43 | LEAKAGE CURRENT FOLLOWING HUMIDITY (HEATING APPLIANCES) | 15.3.3 |
| DIELECTRIC VOLTAGE WITHSTAND | 44 | ELECTRIC STRENGTH | 16 |
| MOLD STRESS-RELIEF DISTORTION | 61 OF UL 746C | STRESS-RELIEF DISTORTION | 30.7 |
| STRAIN-RELIEF TEST AFTER MOLD STRESS-RELIEF DISTORTION | 31 OF UL 746C | STRAIN RELIEF (REPEATED) | 30.9 |
| STABILITY 15° | 8 | STABILITY AND MECHANICAL HAZARDS | 20.1.2 |
| OVERFLOW | 48 | OVERFLOW | 15.2.2 |
| HANDLE STRENGTH TEST FOR SLOW COOKERS | 58 | N/A | N/A |
| HANDLE IMPACT TEST FOR SLOW COOKERS | 51 | N/A | N/A |
| IMPACT TEST (POLYMERIC MATERIAL) | 56.3 OF UL 746C | MECHANICAL STRENGTH | 21.2 |

EXHIBIT L
1 of 51

File E214884                    Page T1-2 of 2                    Issued: 2013-09-27

| UL STANDARD TESTS | PARA. NO. OF UL1026 | CANADIAN STANDARD TESTS | PARA. NO. OF C22.2 NO. 1335.1(NO. 1335.2.15 REFER TO NO. 1335.1) |
|---|---|---|---|
| METAL ENCLOSURE IMPACT | 52 | MECHANICAL STRENGTH | 21.2 |
| ABNORMAL OPERATION TEST – SKILLET | 46.4 of UL 1083 | ABNORMAL OPERATION | 7.4 of CSA C22.2 No. 64 |
| SAME POLARITY | 24 of UL1082 | N/A | N/A |
| COMPONENT FAILURE | 48 of UL 1082 | N/A | N/A |
| FUSIBLE LINK | 19.2, 19.3 | OVERCURRENT AND/OR OVERTEMPERATURE PROTECTION | 24.10 |
| COMPONENT SWITCHES AND CONTROL DEVICES | 60 | SWITCHES AND CONTROLS | 24.15.2.1 – 24.15.2.4 |
| THERMISTER OVERLOAD | 49 of UL 1082 | N/A | N/A |
| MAXIMUM AND NORMAL OPERATING PRESSURE AND LEAKAGE | 7 of UL 136 | N/A | N/A |
| PRESSURE RELIEF OPERATION | 8 of UL 136 | N/A | N/A |
| COVER OPENING | 9 of UL 136 | N/A | N/A |
| LOCKING MECHANISM OPERATION | 10 of UL 136 | N/A | N/A |
| HYDROSTATIC STRENGTH | 10 of UL 136 | N/A | N/A |

N/A: Not Applicable

    The test methods and results of the above tests have been reviewed and found in accordance with the requirements in the Standards mentioned in Test Record Summary.


Test Record Summary:

    The results of this investigation, including construction review and testing, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, dated January 27, 2012, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliance: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, and Particular Requirements for Liquid-Heating Appliance, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report. Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

CvIB-00036

File E214884                    Page T2-1 of 2                    Issued:  2013-09-27
                                                                  New:  2014-09-04

TEST RECORD NO. 2

     Representative production samples of the Electric Pressure Cookers,
Models Smart-60 and Smart-50 were submitted by the manufacturer for
examination and test.  They were found to be constructed as described in the
preceding section of this Report.

     Tests were conducted at Guangdong Md Consumer Electric Mfg Co., Ltd.,
in Foshan city, Guangdong, China, and witnessed by a member of UL engineering
staff under Witness Test Data Program.

     Due to the similarity of these appliances to currently Listed Models
IP-DUO50, IP-DUO60, MY-13CS501W and MY-13CS601W and previous test results for
this manufacturer, except for the alternate construction of control panel,
power PWB assembly, and additional thermostat, only following tests were
considered necessary.  See File E214884, Report dated September 27, 2013, Test
Record No. 1.


GENERAL:

     The test results reported relate only to the items tested.

     The following tests denoted with Para. in both UL and CSA were
conducted in accordance with UL 1026 were considered representative of the
same tests required by Canadian Standard, CSA C22.2 No. 1335.1 and No.
1335.2.15 and have been adjusted to accommodate the most severe condition of
both UL and CSA requirements.  Tests were in accordance to CSA requirements
with testing items only shown in Canadian Standard Tests.

| UL STANDARD TESTS | PARA. NO. OF UL1026 | CANADIAN STANDARD TESTS | PARA. NO. OF C22.2 NO. 1335.1(NO. 1335.2.15 REFER TO NO. 1335.1) |
|---|---|---|---|
| POWER INPUT | 37 | POWER INPUT AND CURRENT | 10 |
| LEAKAGE CURRENT | 38 | LEAKAGE CURRENT | 13 |
| NORMAL TEMPERATURE TEST – RICE COOKERS | 41 | HEATING TEST FOR HEATING APPLIANCES | 11.10 |
| LEAKAGE CURRENT AS A RESULT OF MOISTURE | 43 | LEAKAGE CURRENT FOLLOWING HUMIDITY (HEATING APPLIANCES) | 15.3.3 |
| DIELECTRIC VOLTAGE WITHSTAND | 44 | ELECTRIC STRENGTH | 16 |
| METAL ENCLOSURE IMPACT | 52 | MECHANICAL STRENGTH | 21.2 |
| ABNORMAL OPERATION TEST - SKILLET | 46.4 of UL 1083 | ABNORMAL OPERATION | 7.4 of CSA C22.2 No. 64 |
| SAME POLARITY | 24 of UL1082 | N/A | N/A |
| COMPONENT FAILURE | 48 of UL 1082 | N/A | N/A |
| COMPONENT SWITCHES AND CONTROL DEVICES | 60 | SWITCHES AND CONTROLS | 24.15.2.1 – 24.15.2.4 |

CvIB-00037

File E214884                    Page T2-2 of 2                    Issued: 2013-09-27
                                                                 New: 2014-09-04

| UL STANDARD TESTS | PARA. NO. OF UL1026 | CANADIAN STANDARD TESTS | PARA. NO. OF C22.2 NO. 1335.1(NO. 1335.2.15 REFER TO NO. 1335.1) |
|---|---|---|---|
| PRESSURE RELIEF DEVICE ENDURANCE TEST (100,000 CYCLES): | 32.16 | N/A | N/A |
| EMERGENCY PRESSURE-RELIEF OPERATION TEST (DYNAMIC PRESSURE COOKERS): | 32 of UL 1026 and 8.2 of UL 136 | N/A | N/A |
| GASKETS AND SEALS - (SEAL AGING TEST)(UL 1082): | 47.2.6 of UL 1082 | N/A | N/A |

N/A: Not Applicable


Test Record Summary:

      The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, dated January 27, 2012, including revisions through May
29, 2014, and Canadian Standards for Portable Electrical Motor-Operated and
Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First
Edition, Last Revised date January 1993, and Particular Requirements for
Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition,
Last Revised date August 1994, and therefore, such products are judged
eligible to bear UL's Mark as described on the Conclusion Page of this Report.
Any information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.


Test Record by:
SIMON LIN
Staff Engineer

CvIB-00038

```
File E214884              Page T3-1 of 2              Issued:  2013-09-27
                                                      New:     2015-04-14
```

TEST RECORD NO. 3

  Representative production samples of the Electric Pressure Cookers, Models IP-DUO50, IP-DUO60, Smart-50 and Smart-60, employing with following alternate constructions, were submitted by the manufacturer for examination and test.  They were found to be constructed as described in the preceding section of this Report.

  (1) Alternate 3-C detachable power supply cord.
  (2) Adding grounding/bonding construction.
  (3) Alternate base, control panel and control panel inside cover material, R/C (QMFZ2), KINGFA SCI & TECH CO LTD (E171666), Type PP-R0508, rated 94V-0, 120℃.
  (4) Alternate maximum pressure setting of pressure switch, 80 Kpa.

  Unless otherwise specified, the Model Smart-60 was used for test purposes and considered representative of Models IP-DUO50, IP-DUO60 and Smart-50.

  A partial test program were conducted at Guangdong Md Consumer Electric Mfg Co., Ltd., at Foshan city, Guangdong, China, and witnessed by a member of UL engineering staff under Witness Test Data Program.  The other tests were conducted by Underwriters Laboratories Inc. and were designated UL Data and marked with "@".

GENERAL:

  The test results reported relate only to the items tested.

  Due to the similarity of these appliances to currently Listed Models IP-DUO50, IP-DUO60, Smart-50 and Smart-60, and previous test results for this manufacturer, except for the alternate constructions mentioned above, only following tests were considered necessary.  See File E214884, Report dated September 27, 2013, Test Record No. 1 and No. 2.

  The following tests denoted with Para. in both UL and CSA were conducted in accordance with UL 1026 were considered representative of the same tests required by Canadian Standard, CSA C22.2 No. 1335.1 and No. 1335.2.15 and have been adjusted to accommodate the most severe condition of both UL and CSA requirements. Tests were in accordance to CSA requirements with testing items only shown in Canadian Standard Tests.

| UL STANDARD TESTS | PARA. NO. OF UL1026 | CANADIAN STANDARD TESTS | PARA. NO. OF C22.2 NO. 1335.1 (NO. 1335.2.15 REFER TO NO. 1335.1) |
|---|---|---|---|
| POWER INPUT | 37 | POWER INPUT AND CURRENT | 10 |

CvIB-00039

File E214884                Page T3-2 of 2              Issued: 2013-09-27
                                                        New: 2015-04-14

| UL STANDARD TESTS | PARA. NO. OF UL1026 | CANADIAN STANDARD TESTS | PARA. NO. OF C22.2 NO. 1335.1 (NO. 1335.2.15 REFER TO NO. 1335.1) |
|---|---|---|---|
| MOLD STRESS-RELIEF DISTORTION | 61 OF UL 746C | STRESS-RELIEF DISTORTION | 30.7 |
| IMPACT (POLYMERIC MATERIAL) | 56.3 OF UL 746C | MECHANICAL STRENGTH | 21.2 |
| RESISTANCE TO GROUNDING | 28 | C-UL GROUNDING IMPEDANCE | 4.1.2.2 OF CAN/CSA C22.2 No. 0.4 |
| MAXIMUM AND NORMAL OPERATING PRESSURE AND LEAKAGE | 7 of UL 136 | N/A | N/A |
| @HYDROSTATIC STRENGTH | 10 of UL 136 | N/A | N/A |
| EMERGENCY PRESSURE-RELIEF OPERATION (DYNAMIC PRESSURE COOKERS) | 32 of UL 1026 and 8.2 of UL 136 | N/A | N/A |
| GASKETS AND SEALS - (SEAL AGING TEST)(UL 1082): | 47.2.6 of UL 1082 | N/A | N/A |

N/A: Not Applicable

    The test methods and results of the above tests have been reviewed and found in accordance with the requirements in the Standards mentioned in Test Record Summary.


Test Record Summary:

    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, dated January 27, 2012, including revisions through May 29, 2014, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report. Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.


Test Record by:
ALLEN WANG
Project Engineer

CvIB-00040

```
File E214884              Page T4-1 of 1              Issued:  2013-09-27
                                                      New:  2015-05-27
```

TEST RECORD NO. 4

    Representative production samples of the Electric Pressure Cooker/Smart Cooker, Models Smart-50 and Smart-60, employing with following alternate constructions, were submitted by the manufacturer for examination and test. They were found to be constructed as described in the preceding section of this Report.

    (1)   Thermostat was not provided.
    (2)   Wiring connection means of pressure switch was made by crimping, rather than by screw and washer.

GENERAL:

    The test results reported relate only to the items tested.

    Due to the similarity of these devices to currently Listed Models Smart-50 and Smart-60, and previous test results for this manufacturer, except for the alternate constructions mentioned above, no test was considered necessary. See File E214884, Report dated September 27, 2013, Test Record No. 1 through No. 3.

Test Record Summary:

    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, dated January 27, 2012, including revisions through May 29, 2014, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report. Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

```
Test Record by:                  Reviewed by:
ALLEN WANG                       CHARTER SHEN
Project Engineer                 Senior Project Engineer
```

CvIB-00041

File E214884                Page T5-1 of 1                Issued: 2013-09-27
                                                          New: 2016-04-17


TEST RECORD NO. 5

GENERAL:

     Electric Pressure Cooker, Models IP-DUO50, IP-DUO60, MY-13CS501W, MY-13CS601W, Smart-50, Smart-60, IP-DUO50 V2, IP-DUO50-ENW, IP-DUO60 V2, IP-DUO60-ENW, added with rating of pressure switch "Rated 250V, 15A, or 250V, 10A". No test was considered necessary due to similarity to previously tested construction, and the amount of leg provided to fix stainless steel wire bracket (serviced as securement of gasket) to lid is increased from three to four. See File E214884, Report issued 2013-09-27, Test Record Nos.1-4, and File E214884, Report issued 2015-08-17, Test Record Nos.1-4.

     No CRD is required.




Test Record Summary:

     The results of this investigation, including construction review and testing, indicate that the products evaluated comply with the applicable requirements in Standards for Electric Household Cooking and Food Serving Appliances, UL 1026, Six Edition, dated January 27, 2012, with revision through January 20, 2016; Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, C22.2 No. 1335.1, First Edition, dated January 1993, reaffirmed 2013; and Particular Requirement for Liquid-Heating Appliance, C22.2 No. 1335.2.15, First Edition, dated January 1993, reaffirm 2013. Therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this report.




Test Record by:                        Reviewed by:
Harry Song                             CJ Zhong
Engineer Project Associate             Consumer Supervisor

Carrie W Chen
Engineer

CvIB-00042

```
File E214884              Page T6-1 of 2              Issued: 2013-09-27
                                                       New:    2016-06-15
```

TEST RECORD NO. 6

Representative production samples of the Electric Pressure Cookers, Models MY-13CS501W and MY-13CS601W, employing with following alternate Pressure Switch, were submitted by the manufacturer for examination and test. They were found to be constructed as described in the preceding section of this Report.

GENERAL:

The test results reported relate only to the items tested.

The following Tests were waived and based on the following rationale.

A partial test program were conducted at Guangdong Md Consumer Electric Mfg Co., Ltd., at Foshan city, Guangdong, China, and witnessed by a member of UL engineering staff under Witness Test Data Program. The other tests were conducted by UL-CCIC Company Limited GuangZhou branch office and were designated UL Data and marked with "@".

| UL Standard Tests | UL Standard Clause (UL 1026) | Canadian Standard Test | Clause No. (C22.2 Nos. 1335.1 & 2.15) | MY-CS6005W | MY-CS5005W | Code |
|---|---|---|---|---|---|---|
| @Normal Temperature Test – PRESSURE COOKERS | 41 | HEATING TEST FOR HEATING APPLIANCES | 11.10 | X | X | S |
| COMPONENT SWITCHES AND CONTROL DEVICES | 60 | SWITCHES AND CONTROLS | 24.15.2.1 – 24.15.2.4 | X | – | S |
| MAXIMUM AND NORMAL OPERATING PRESSURE AND LEAKAGE | 7 OF UL 136 | N/A | N/A | X | X | OS |
| HYDROSTATIC STRENGTH | 11 OF UL 136 | N/A | N/A | X | X | OS |

S = Same test.
OS = Testing requirements come from one standard only.
C = Combined test (identified by the test names of two or more similar tests in multiple standards) to represent the worst-case parameters of the similar tests.

N/A: Not Applicable

The test methods and results of the above tests have been reviewed and found in accordance with the requirements in the Standards mentioned in Test Record Summary.

CvIB-00043

```
File E214884                Page T6-2 of 2            Issued: 2013-09-27
                                                      New:    2016-06-15
```

Test Record Summary:

     The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, dated January 27, 2012, including revisions through
January 20, 2016, and Canadian Standards for Portable Electrical Motor-
Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No.
1335.1-93, First Edition, Last Revised date January 1993, and Particular
Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93,
First Edition, Last Revised date August 1994, and therefore, such products
are judged eligible to bear UL's Mark as described on the Conclusion Page of
this Report.  Any information and documentation involving UL Mark services are
provided on behalf of UL LLC (UL) or any authorized licensee of UL.

```
Report by:                 Reviewed by:
MARTIN CAI                 CJ Zhong
Engineer                   Consumer Supervisor
```

CvIB-00044

```
File E214884              Page T7-1 of 2              Issued:  2013-09-27
                                                      New:  2016-12-22
```

TEST RECORD NO. 7

    Representative production samples of the Electric Pressure Cookers, Model IP-DUO60 with alternative construction was submitted by the manufacturer for examination and test.  It is same as previous structure except the new internal wiring arrangement, alternative power PWB and enclosure material, and UL1026 standard updated, it is also representative of the other models.

    Due to the similarity of these appliances to Model IP-DUO60 and previous test results for this manufacturer, only following tests were considered necessary.  See File E214884, Report dated September 27, 2013, Test Record Nos. 1-6.

GENERAL:

    The test results reported relate only to the items tested.

    The following tests denoted with Para. in both UL and CSA were conducted in accordance with UL 1026 were considered representative of the same tests required by Canadian Standard, CSA C22.2 No. 1335.1 and No. 1335.2.15 and have been adjusted to accommodate the most severe condition of both UL and CSA requirements.  Tests were in accordance to CSA requirements with testing items only shown in Canadian Standard Tests.

| UL STANDARD TESTS | PARA. NO. OF UL1026 | CANADIAN STANDARD TESTS | PARA. NO. OF C22.2 NO. 1335.1(NO. 1335.2.15 REFER TO NO. 1335.1) |
|---|---|---|---|
| RESISTANCE TO GROUNDING | 28 | C-UL GROUNDING IMPEDANCE | 4.1.2.2 OF CAN/CSA C22.2 No. 0.4 |

```
S = Same test.
OS = Testing requirements come from one standard only.
C = Combined test (identified by the test names of two or more similar tests
in multiple standards) to represent the worst-case parameters of the similar
tests.
N/A: Not Applicable
```

    The test methods and results of the above tests have been reviewed and found in accordance with the requirements in the Standards mentioned in Test Record Summary.

CvIB-00045

```
File E214884              Page T7-2 of 2              Issued:  2013-09-27
                                                      New:     2016-12-22
```

Test Record Summary:


    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, dated January 27, 2012, including revisions through January 20, 2016, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.


```
Report by:                       Reviewed by:
Harry Song                       CJ Zhong
Engineer Project Associate       Consumer Supervisor
```

CvIB-00046

```
File E214884                 Page T8-1 of 1              Issued:  2013-09-27
                                                         New:  2017-01-23
```

TEST RECORD NO. 8

GENERAL:

    Electric Pressure Cooker, Models IP-DUO60 V3, identical to Model IP-DUO60 V2 except for show working of control panel, Handle to Inner Pot assembly method. No test was considered necessary due to similarity to previously tested construction, See File E214884, Report issued 2013-09-27, Test Record Nos.1-7.

No CRD is required.


Test Record Summary:

    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2016-08-01, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.


Report by:                        Reviewed by:


MARTIN CAI                        CJ Zhong
Engineer                          Consumer Supervisor

CvIB-00047

File E214884                 Page T9-1 of 1              Issued:  2013-09-27
                                                         New:  2017-02-24


TEST RECORD NO. 9

GENERAL:

        Electric Pressure Cooker, Models MY-13CS601W & Smart-60 alternate
Applicane Inlet Type 2011. No test was considered necessary due to similarity
to previously tested construction, See File E214884, Report issued 2013-09-27,
Test Record Nos.1-8.



Test Record Summary:

        The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2016-08-01, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date
January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.



Report by:                          Reviewed by:
Charles Lin
Engineer

Carrie W Chen                       CJ Zhong
Engineer                            Consumer Supervisor

CvIB-00048

File E214884                    Page T10-1 of 2                    Issued:  2013-09-27
                                                                   New:  2017-07-25


TEST RECORD NO. 10


SAMPLES:

      Electric Pressure Cooker, Models IP-DUO50, MY-13CS501W, Smart-50, IP-
DUO50 V2, IP-DUO50-ENW, IP-DUO60, MY-13CS601W, Smart-60, IP-DUO60 V2 and
IP-DUO60-ENW, alternate Grounding bonding connections, were submitted by the
manufacturer for examination and test.


GENERAL:

      The test results reported relate only to the items tested.

      Due to the similarity of this device to currently Listed Models MY-
13CS501W and MY-13CS601W and previous test results for this manufacturer,
except for the alternate bonding connection means, only following tests were
considered necessary and conducted with acceptable results.  See File E214884,
Report dated 2013-09-27, Test Record No. 1 to No. 9.

      All tests were conducted on Model IP-DUO60 and were representative to
Models IP-DUO50, MY-13CS501W, Smart-50, IP-DUO50 V2, IP-DUO50-ENW,
MY-13CS601W, Smart-60, IP-DUO60 V2 and IP-DUO60-ENW.

      The following tests denoted with Para. in both UL and CSA were conducted
in accordance with UL1026 were considered representative of the same tests
required by Canadian Standard, CSA C22.2 No. 1335.1 and might have been
adjusted to accommodate the most severe condition of both UL and CSA
requirements.  Tests were in accordance to CSA requirements with testing items
only shown in Canadian Standard Tests.

| RESISTANCE TO GROUNDING TEST: | 31 |
|---|---|
| C-UL GROUNDING IMPEDANCE TEST (CAN/CSA C22.2 NO. 0.4): | (5.1.2.2) |

      The test methods and results of the above tests have been reviewed and
found in accordance with the requirements in the Standards mentioned in Test
Record Summary.

CvIB-00049

File E214884                   Page T10-2 of 2              Issued:  2013-09-27
                                                            New:  2017-07-25

Test Record Summary:

       The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2017-04-10, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

Test record by:                     Reviewed by:
RICKY CHEN                          Charter Shen
Project Engineer                    Senior Project Engineer

CvIB-00050

File E214884                    Page T11-1 of 1              Issued:  2013-09-27
                                                             New:  2017-07-25


TEST RECORD NO. 11


SAMPLES:

    Electric Pressure Cooker, Model Nova, was submitted by the manufacturer
for examination and test.

    Model Nova is identical to Model IP-DUO60 V3 except control panel and
control PWB (same function, only for display change).

    Due to the similarity of this device to currently Listed Model IP-DUO60
V3, and previous test results for this manufacturer except control panel and
control PWB (same function, only for display change), no test was considered
necessary.  See E214884, Report dated 2013-09-27, Test Record No. 1-10.


Test Record Summary:

    The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2017-04-10, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date
January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.


Test record by:                      Reviewed by:
RICKY CHEN                           Charter Shen
Project Engineer                     Senior Project Engineer

CvIB-00051

```
File E214884                Page T12-1 of 2              Issued:  2013-09-27
                                                         New:     2017-12-11
```

TEST RECORD NO. 12

SAMPLES:

    Representative production samples of the Electric Pressure Cooker, Model IP-DUO60, was submitted by the manufacturer for examination and test.

GENERAL:

    The test results reported relate only to the items tested.

    Due to the alternate thermal cutoff, only following tests were considered necessary and conducted with acceptable results.  See E214884, Report dated 2013-09-27, Test Record No. 1-11.

    The following tests denoted with Para. in both UL and CSA were conducted in accordance with UL1026 were considered representative of the same tests required by Canadian Standard, CSA C22.2 No. 1335.1 and 1335.2.15 might have been adjusted to accommodate the most severe condition of both UL and CSA requirements.  Tests were in accordance to CSA requirements with testing items only shown in Canadian Standard Tests.

| UL Standard Tests | PARA. NO. OF UL1026 | Canadian Standard Test | PARA. NO. OF C22.2 NO. 1335.1 (NO. 1335.2.15 REFER TO NO. 1335.1) | Code |
|---|---|---|---|---|
| POWER INPUT TEST | 37 | POWER INPUT AND CURRENT | 10 | S |
| OPERATIONAL TESTS | 39 | N/A | N/A | OS |
| FUSIBLE LINK TEST | 19.2, 19.3 | OVERCURRENT AND/OR OVERTEMPERATURE PROTECTION | 24.10 | S |

S = Same test.
OS = Testing requirements come from one standard only.
C = Combined test (identified by the test names of two or more similar tests in multiple standards) to represent the worst-case parameters of the similar tests.

N/A: Not Applicable

    The test methods and results of the above tests have been reviewed and found in accordance with the requirements in the Standards mentioned in Test Record Summary.

CvIB-00052

File E214884                 Page T12-2 of 2              Issued: 2013-09-27
                                                          New:  2017-12-11

Test Record Summary:

     The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2017-04-10, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date
January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.

Test Record by:                    Reviewed by:
Rudy Lu                            CJ Zhong
Project Engineer                   Consumer Supervisor

Edward ZJ Lin
Engineer Project Associate

CvIB-00053

File E214884                    Page T13-1 of 1              Issued:  2013-09-27
                                                                New:  2018-03-16


TEST RECORD NO. 13

GENERAL:

     Electric Pressure Cooker, Models IP-DUO50, IP-DUO60, MY-13CS501W, MY-13CS601W, Smart-50, Smart-60, IP-DUO50 V2, IP-DUO50-ENW, IP-DUO60 V2, IP-DUO60-ENW, IP-DUO60 V3, Nova, alternate appliance inlet, Type DB-14-09. No test was considered necessary due to similarity to previously tested construction, See File E214884, Report issued 2013-09-27, Test Record Nos. 1-12.


Test Record Summary:

     The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2018-02-02, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.


Test record by:                     Reviewed by:
RICKY CHEN                           Charter Shen
Project Engineer                     Senior Project Engineer

CvIB-00054

File E214884                    Page T14-1 of 2                    Issued:  2013-09-27
                                                                   New:  2018-03-21


TEST RECORD NO. 14


SAMPLES:

     Representative production samples of the Electric Pressure Cooker,
Models IP-DUO60, MY-13CS601W, Smart-60, IP-DUO60 V2, IP-DUO60-ENW, IP-DUO60
V3, Nova, employing alternate construction of Handle and Magnet Sensor Cover,
were submitted by the manufacturer for examination and test.

     Due to the similarity of these devices to currently Listed Model MY-
13CS601W and previous test results for this manufacturer, except for the
alternate construction of handle and sensor cover, only following tests were
considered necessary and were waived due to rationale described in below.  See
File E214884, Report dated September 27, 2013, Test Record No. 1 through 13.

| Test | Rationale to waive test | File Reference | Report Date | Test Record No. |
|------|-------------------------|----------------|-------------|-----------------|
|      |                         |                |             |                 |
| MOLD STRESS-RELIEF DISTORTION TEST STRESS-RELIEF DISTORTION (CAN/CSA C22.2 NO. 1335.1) | A & B | E214884 | 2017-11-15 | 2 |
| IMPACT TEST (POLYMERIC MATERIAL) MECHANICAL STRENGTH (CAN/CSA C22.2 NO. 1335.1) | A & B | E214884 | 2017-11-15 | 2 |
| NON-METALLIC ENCLOSURE-FASTENER TEST | A & B | E214884 | 2017-11-15 | 2 |

   A. Similarity construction to currently certified Model Smart WiFi 60 and
      same mold/material of handle and magnet sensor cover.

   B. Test on the alternate construction of Handle and Magnet Sensor Cover
      for use in Model MY-13CS601W were covered as part of test program for
      the Electric Pressure Cooker, Model Smart WiFi 60, which incorporate
      this assembly.

CvIB-00055

```
File E214884              Page T14-1 of 2           Issued:  2013-09-27
                                                     New:  2018-03-21
```

Test Record Summary:

     The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2018-02-02, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

```
Test record by:          Reviewed by:
RICKY CHEN                Charter Shen
Project Engineer          Senior Project Engineer
```

CvIB-00056

```
File E214884              Page T15-1 of 2            Issued: 2013-09-27
                                                    New: 2018-05-16
```

TEST RECORD NO. 15

SAMPLES:

    Representative production samples of the Electric Pressure Cooker, Models IP-DUO50, IP-DUO60, MY-13CS501W, MY-13CS601W, Smart-50, Smart-60, IP-DUO50 V2, IP-DUO50-ENW, IP-DUO60 V2, IP-DUO60-ENW, IP-DUO60 V3 and Nova, employing alternate grounding and bonding means (with grounding clip) and alternate 18 AWG/3-C SJT power supply cord, were submitted by the manufacturer for examination and test.

GENERAL:

    The test results reported relate only to the items tested.

    Below Test for cord tag, R/C (PGJI2), AVERY (CHINA) CO LTD, (MH20558), TC/S333, use with power supply cord, SJT, 18 AWG, was waived due to the same construction had been tested in previous report, see the test record below for details.

| Test | File Reference | Report Date | Test Record No. |
|---|---|---|---|
| TEST FOR PERMANENCE OF CORD TAG: | E214884 | 2010-01-018 | 27 |

    Due to the similarity of these devices to currently Listed Models and previous test results for this manufacturer, except for the alternate grounding and bonding means and alternate 18 AWG/3-C SJT power supply cord, only following tests were considered. See File E214884, Report dated September 27, 2013, Test Record No. 1 through 14.

| | |
|---|---|
| RESISTANCE TO GROUNDING TEST: | 31 |
| C-UL GROUNDING IMPEDANCE TEST (CAN/CSA C22.2 NO. 0.4): | (4.1.2.2) |

    The test methods and results of the above tests have been reviewed and found in accordance with the requirements in the Standards mentioned in Test Record Summary.

CvIB-00057

File E214884                Page T15-2 of 2                Issued:  2013-09-27
                                                            New:  2018-05-16

Test Record Summary:

     The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2018-02-02, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date
January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.

Test record by:                    Reviewed by:
RICKY CHEN                         Charter Shen
Senior Project Engineer            Senior Project Engineer

CvIB-00058

File E214884                Page T16-1 of 1              Issued:  2013-09-27
                                                         New:  2018-05-24


TEST RECORD NO. 16

     No representative production samples of the Electric Pressure Cooker,
Models IP-DUO50, MY-13CS501W, Smart-50, IP-DUO50 V2, IP-DUO50-ENW, IP-DUO60,
MY-13CS601W, Smart-60, IP-DUO60 V2, IP-DUO60-ENW, IP-DUO60 V3, Nova,
employing alternate construction of lead wire connector cover for the
pressure switch, were submitted by the manufacturer for examination and test.

     Alternate construction
     - Lead wire connector cover for the pressure switch – R/C (QMFZ2), BASF
CORP (E36632), type EMG5FR, rated V-0, HWI=0, HAI=0, 130°C. 0.9 mm thick


GENERAL:

     Due to the similarity of this device to currently Listed Models IP-DUO60
V3, and previous test results for this manufacturer except lead wire
connector cover, no test was considered necessary.  See E214884, Report dated
2013-09-27, Test Record Nos. 1-15.

Test Record Summary:

     The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2018-02-02, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date
January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.


Test record by:                    Reviewed by:
Rudy Lu                            Harry Song
Project Engineer                   Engineer Project Associate

CvIB-00059

File E214884                     Page C1                    Issued:  2013-09-27
                                                            Revised:  2016-12-22


CONCLUSION


        Samples of the product covered by this Report have been found to comply
with the requirements covering the category and the product is found to
comply with UL's applicable requirements.  The description and test result in
this Report are only applicable to the sample(s) investigated by UL and does
not signify UL certification or that the product(s) described are covered
under UL's Follow-Up Service Program.  When covered under UL's Follow-Up
Service Program, the manufacturer is authorized to use the UL Listing Mark on
such products which comply with UL's Follow-Up Service Procedure and any
other application requirements of UL LLC.  The Listing Mark of UL LLC on the
product, or the UL symbol on the product and the Listing Mark on the smallest
unit container in which the product is packaged, is the only method to
identify products investigated by UL to published requirements and
manufactured under UL's Listing and Follow-Up Service.

        This Report is intended solely for the use of UL and the Applicant for
establishment of UL certification coverage of the product under UL's Follow-
Up Service.  UL retains all rights, title and interest (including exclusive
ownership) in this Report and all copyright therein.  Unless expressly
authorized in writing by UL, the Applicant shall not disclose or otherwise
distribute this Report or its contents to any third party or use this Report
for any purpose other than to establish UL certification and become eligible
for Follow-Up Service for the product(s) described in this Report.  Any other
use of this Report including without limitation, evaluation or certification
by a party other than UL unless part of a certification scheme, is prohibited
and renders the Report null and void.  UL shall not incur any obligation or
liability for any loss, expense, or punitive damages, arising out of or in
connection with the use or reliance upon the contents of this Report to
anyone other than the Applicant as provided in the agreement between UL and
Applicant.  Any use or reference to UL's name or certification mark(s) by
anyone other than the Applicant in accordance with the agreement is
prohibited without the express written approval of UL or any authorized
licensee of UL.  Any information and documentation involving UL Mark services
are provided on behalf of UL LLC (UL) or any authorized licensee of UL. UL
shall not otherwise be responsible to anyone for the use of or reliance upon
the contents of this Report.


Report by:                              Preliminary Reviewed by:

TIMON CHEN                              Charter Shen
Project Engineer                       Senior Project Engineer

                                        Final Reviewed by:

                                        Martha Tsai
                                        Project Engineer

CvIB-00060

File E214884                    Page T1-1 of 5              Issued:  2016-11-10

TEST RECORD NO. 1

SAMPLES:

    Representative production samples of the Electric Pressure Cooker, Models MY-CS6017WP, IP-DUO60 V2.1, were submitted by the manufacturer for examination and test.

    Models IP-DUO60 V2.1 are identical to MY-CS6017WP, except for the wordings shown on the control panel pad and only 18 functions are provided, but, which are similar to the functions of Model MY-CS6017WP.


GENERAL:

    The test results reported relate only to the items tested.


    The following tests denoted with Para. in both UL and CSA were conducted in accordance with UL1026 were considered representative of the same tests required by Canadian Standard, CSA C22.2 No. 1335.1 and have been adjusted to accommodate the most severe condition of both UL and CSA requirements.  Tests were in accordance to CSA requirements with testing items only shown in Canadian Standard Tests.

| UL Standard Tests | PARA. NO. OF UL1026 | Canadian Standard Test | PARA. NO. OF C22.2 NO. 1335.1 (NO. 1335.2.15 REFER TO NO. 1335.1) | MY-CS6017WP | IP-DUO60 V2.1 | Code |
|---|---|---|---|---|---|---|
| Power Input | 37 | Power Input and Current | 10 | X | X | S |
| Operational Test | 39 | N/A | N/A | X | X | OS |
| Leakage Current | 38 | Leakage Current | 13 | X | X | S |
| LEAKAGE CURRENT AS A RESULT OF MOISTURE | 43 | LEAKAGE CURRENT FOLLOWING HUMIDITY (HEATING APPLIANCES) | 15.3.3 | X | X | S |

CvIB-00061

Case No. 1:18-cv-02611-MSK-STV   Document 53-12   filed 05/31/19   USDC Colorado   pg 28 of 51

File E214884                    Page T1-2 of 5                Issued:  2016-11-10

| UL Standard Tests | UL Standard Clause (UL 1026) | Canadian Standard Test | Clause No. (C22.2 Nos. 1335.1 & 2.15) | MY-CS6017WP | IP-DUO60 V2.1 | Code |
|---|---|---|---|---|---|---|
| Normal Temperature Test – ELECTRIC PRESSURE COOKERS | 41 | HEATING TEST FOR HEATING APPLIANCES | 11.10 | X | X | S |
| NORMAL TEMPERATURE TEST – SLOW COOKERS | 41 | HEATING TEST FOR HEATING APPLIANCES | 11.10 | X | – | S |
| Dielectric Voltage Withstand | 44 | Dielectric Strength | 16 | X | X | S |
| Mold Stress-Relief Distortion | 61 of UL746C | Stress-Relief Distortion | 30.7 | X | X | S |
| Stability (15°) | 8 | Stability and Mechanical Hazard | 20.1.2 | X | X | S |
| OVERFLOW | 48 | OVERFLOW (HEATING APPLIANCES) | 15.2.2 | X | – | S |
| HANDLE STRENGTH TEST FOR SLOW COOKERS | 58 | N/A | N/A | X | – | OS |
| HANDLE IMPACT TEST FOR SLOW COOKERS | 51 | N/A | N/A | X | – | OS |
| COMPONENT FAILURE TEST | 55.2.10 | N/A | N/A | X | – | OS |
| THERMISTER OVERLOAD | 49 OF UL 1082 | N/A | N/A | X | – | OS |
| COMPONENT SWITCHES AND CONTROL DEVICES | 60 | SWITCHES AND CONTROLS | 24.15.2.1 – 24.15.2.4 | X | – | S |

CvIB-00062

File E214884                    Page T1-3 of 5                    Issued:  2016-11-10

| UL Standard Tests | UL Standard Clause (UL 1026) | Canadian Standard Test | Clause No. (C22.2 Nos. 1335.1 & 2.15) | MY-CS6017WP | IP-DUO60 V2.1 | Code |
|---|---|---|---|---|---|---|
| IMPACT TEST (POLYMERIC MATERIAL): | Para. 56.3 of UL746C | MECHANICAL STRENGTH | 21.2 | X | X | S |
| METAL ENCLOSURE IMPACT | 52 | MECHANICAL STRENGTH | 21.2 | X | – | S |
| 15 W POWER DETERMINATION TEST | 25 of UL 244A | N/A | N/A | X | – | OS |
| ABNORMAL OPERATION TEST: (SHORT-CIRCUIT AFTER 15 W POWER DTERMINATION TEST): | 25 of UL 244A | N/A | N/A | X | – | OS |
| ABNORMAL OPERATION TEST - GENERAL (NON PRODUCT SPECIFIC): (CONT'D) | 55.1 | ABNORMAL OPERATION | 19 | X | – | C |
| ABNORMAL OPERATION TEST - SLOW COOKERS: | 55.1.1-55.1.10 | ABNORMAL OPERATION | 19 | X | – | S |
| ABNORMAL OPERATION - SKILLET | 46.4 OF UL1083 | TEMPERATURE (ABNORMAL) | 7.4 OF CSA C22.2 NO. 64 | X | – | S |
| FUSIBLE DEVICES(FUSIBLE LINK TEST) | 19.2, 19.3 | OVERCURRENT AND/OR OVERTEMPERATURE PROTECTION | 24.10 | X | – | C |
| RESISTANCE TO GROUNDING TEST | 31 | N/A | N/A | X | – | OS |
| N/A | N/A | C-UL GROUNDING IMPEDANCE TEST | 4.1.2.2 OF CSA C22.2 NO. 0.4 | X | – | OS |

CvIB-00063

File E214884                    Page T1-4 of 5             Issued:  2016-11-10

| UL Standard Tests | UL Standard Clause (UL 1026) | Canadian Standard Test | Canadian Standard Clause (C22.2 Nos. 1335.1 & 1335.2.9) | MY-CS6017WP | IP-DUO60 V2.1 | Code |
|---|---|---|---|---|---|---|
| MAXIMUM AND NORMAL OPERATING PRESSURE AND LEAKAGE | 7 OF UL 136 | N/A | N/A | X | – | OS |
| PRESSURE RELIEF OPERATION | 8 OF UL 136 | N/A | N/A | X | – | OS |
| COVER OPENING | 9 OF UL 136 | N/A | N/A | X | – | OS |
| LOCKING MECHANISM OPERATION | 10 OF UL 136 | N/A | N/A | X | – | OS |
| HYDROSTATIC STRENGTH | 11 OF UL 136 AND 63F | N/A | N/A | X | – | OS |
| EMERGENCY PRESSURE-RELIEF OPERATION TEST | 63A | N/A | N/A | X | – | OS |
| LID/GASKET MISALIGNMENT TEST | 32.26 | N/A | N/A | X | – | OS |
| GASKETS AND SEALS | 32.25 | N/A | N/A | X | – | OS |

S = Same test.
OS = Testing requirements come from one standard only.
C = Combined test (identified by the test names of two or more similar tests in multiple standards) to represent the worst-case parameters of the similar tests.

CvIB-00064

File E214884              Page T1-5 of 5              Issued: 2016-11-10

N/A: Not Applicable

    The test methods and results of the above tests have been reviewed and found in accordance with the requirements in the Standards mentioned in Test Record Summary.

Test Record Summary:

    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2016-08-01, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

CvIB-00065

```
File E214884              Page T2-1 of 2           Issued:  2016-11-10
                                                   New:     2016-12-07
```

TEST RECORD NO. 2

SAMPLES:

    Representative production samples of the Electric Pressure Cooker, Models MY-CS6017WP, employing Alternate Power PWB and connect method of Appliance Inlet connect to internal wire were submitted by the manufacturer for examination and test.

GENERAL:

    The test results reported relate only to the items tested.

| UL Standard Tests | PARA. NO. OF UL1026 | Canadian Standard Test | PARA. NO. OF C22.2 NO. 1335.1 (NO. 1335.2.15 REFER TO NO. 1335.1) | Code |
|---|---|---|---|---|
| Normal Temperature Test – ELECTRIC PRESSURE COOKERS | 41 | HEATING TEST FOR HEATING APPLIANCES | 11.10 | S |
| COMPONENT FAILURE TEST | 55.2.10 | N/A | N/A | OS |
| 15 W POWER DETERMINATION TEST | 25 of UL 244A | N/A | N/A | OS |
| ABNORMAL OPERATION TEST: (SHORT-CIRCUIT AFTER 15 W POWER DTERMINATION TEST): | 25 of UL 244A | N/A | N/A | OS |
| RESISTANCE TO GROUNDING TEST | 31 | N/A | N/A | OS |
| N/A | N/A | C-UL GROUNDING IMPEDANCE TEST | 4.1.2.2 OF CSA C22.2 NO. 0.4 | OS |

S = Same test.
OS = Testing requirements come from one standard only.
C = Combined test (identified by the test names of two or more similar tests in multiple standards) to represent the worst-case parameters of the similar tests.

CvIB-00066

File E214884                    Page T2-2 of 2                Issued:  2016-11-10
                                                              New:  2016-12-07

N/A: Not Applicable


        The test methods and results of the above tests have been reviewed and
found in accordance with the requirements in the Standards mentioned in Test
Record Summary.


Test Record Summary:

        The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2016-08-01, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date
January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.


Report by:                            Reviewed by:


MARTIN CAI                            CJ Zhong
Engineer                             Consumer Supervisor

CvIB-00067

File E214884                    Page T3-1 of 2                Issued:  2016-11-10
                                                               New:  2016-12-28


TEST RECORD NO. 3


Samples:

No production samples of the Electric Pressure Cookers, Models MY-CS6017WP\
DUO Plus 60\  IP-DUO60 V2.1, for the evaluation show as below table, is
required, due to similarity to previously tested construction.  See File
E214884, Report issued 2016-11-10, Test Record Nos. 1-2, and the File
reference shown in GENERAL.


                         Evaluation of this revision

 Added alternative material of below components:

   a. base, b. control panel, c. handle, d. Control Panel Inside Cover, e.
bottom enclosure


GENERAL:

        The test results reported relate only to the items tested.

        Due to the similarity of this device to currently Listed Model MY-
CS6017WP\ DUO Plus 60\  IP-DUO60 V2.1 and previous test results for this
manufacturer, only following tests were considered necessary and conducted
with acceptable results.  See E214884, Report dated 2016-11-10, Test Record No.
1-2.

        The flowing test for adding alternative material of components stated in
above table waived due to the similar construction was tested in the previous
report.

| Test | File Reference | Report Date | Test Record No. |
|---|---|---|---|
| LEAKAGE CURRENT | E214884 | 2010-01-18 | 21 |
| DIELECTRIC VOLTAGE WITHSTAND | E214884 | 2010-01-18 | 21 |
| MOLD STRESS-RELIEF DISTORTION | E214884 | 2010-01-18 | 21 |
| STRAIN-RELIEF TEST AFTER MOLD STRESS-RELIEF DISTORTION | E214884 | 2010-01-18 | 21 |
| HANDLE STRENGTH TEST FOR SLOW COOKERS | E214884 | 2010-01-18 | 21 |
| HANDLE IMPACT TEST FOR SLOW COOKERS | E214884 | 2010-01-18 | 21 |
| IMPACT TEST (POLYMERIC MATERIAL) | E214884 | 2010-01-18 | 21 |
| ABNORMAL OPERATION TEST – Slow Cooker | E214884 | 2010-01-18 | 21 |
| FUSIBLE LINK | E214884 | 2010-01-18 | 21 |

CvIB-00068

```
File E214884              Page T3-2 of 2              Issued:  2016-11-10
                                                      New:     2016-12-28
```

Test Record Summary:

    The results of this investigation, including construction review and
testing, indicate that the products evaluated comply with the applicable
requirements in Standard for Electric Household Cooking and Food Serving
Appliances, UL 1026, Sixth Edition, dated January 27, 2012 including
revisions through August 1, 2016, and Canadian Standards for Portable
Electrical Motor-Operated and Heating Appliances: General Requirements,
CAN/CSA C22.2 No. 1335.1-93, First Edition, reaffirmed 1993, and Particular
Requirements for Liquid-Heating Appliance, CAN/CSA C22.2 No. 1335.2.15-93,
First Edition, reaffirmed 1994, and therefore, such product is judged
eligible to bear UL's Mark as described on the Conclusion Page of this Report.
Any information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.

```
Test Record by:                          Reviewed by:
Harry song                               CJ Zhong
Engineer Project Associate               Consumer Supervisor
```

CvIB-00069

File E214884                    Page T4-1 of 3              Issued:  2016-11-10
                                                            New:  2017-01-20


TEST RECORD NO. 4

SAMPLES:

      Representative production samples of the Electric Pressure Cooker,
Models MY-CS6014WP/ Ultra 60, identical to MY-CS6017WP except for control
panel, and alternate cord tag, R/C (PGJI2), AVERY (CHINA) CO LTD, (MH20558),
TC/S333, was submitted by the manufacturer for examination and test.


GENERAL:


      The test results reported relate only to the items tested.

      Due to the similarity of this device to currently Listed Model MY-
CS6017WP and previous test results for this manufacturer, only following
tests were considered necessary and conducted with acceptable results.  See
E214884, Report dated 2016-11-10, Test Record No. 1-3.

      The flowing test for adding alternative Cord tag, R/C (PGJI2), AVERY
(CHINA) CO LTD, (MH20558), TC/S333, waived due to the similar construction
was tested in the previous report.

| Test | File Reference | Report Date | Test Record No. |
|------|----------------|-------------|-----------------|
| TEST FOR PERMANENCE OF CORD TAG FOR OUTDOOR-USE APPLIANCES: | E214884 | 2014-05-08 | 4 |

CvIB-00070

File E214884 Page T4-2 of 3 Issued: 2016-11-10
New: 2017-01-20

The test results reported relate only to the items tested.

| UL Standard Tests | PARA. NO. OF UL1026 | Canadian Standard Test | PARA. NO. OF C22.2 NO. 1335.1 (NO. 1335.2.15 REFER TO NO. 1335.1) | Code |
|---|---|---|---|---|
| Power Input | 37 | Power Input and Current | 10 | X |
| Leakage Current | 38 | Leakage Current | 13 | X |
| LEAKAGE CURRENT AS A RESULT OF MOISTURE | 43 | LEAKAGE CURRENT FOLLOWING HUMIDITY (HEATING APPLIANCES) | 15.3.3 | X |
| Dielectric Voltage Withstand | 44 | Dielectric Strength | 16 | X |
| Mold Stress-Relief Distortion | 61 of UL746C | Stress-Relief Distortion | 30.7 | X |
| ABNORMAL OPERATION TEST - GENERAL (NON PRODUCT SPECIFIC): (CONT'D) | 55.1 | ABNORMAL OPERATION | 19 | X |
| IMPACT TEST (POLYMERIC MATERIAL): | Para. 56.3 of UL746C | MECHANICAL STRENGTH | 21.2 | X |

S = Same test.
OS = Testing requirements come from one standard only.
C = Combined test (identified by the test names of two or more similar tests in multiple standards) to represent the worst-case parameters of the similar tests.

CvIB-00071

File E214884                Page T4-3 of 3                Issued:  2016-11-10
                                                          Revised:  2017-04-08


N/A: Not Applicable


     The test methods and results of the above tests have been reviewed and
found in accordance with the requirements in the Standards mentioned in Test
Record Summary.


Test Record Summary:

     *The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2016-08-01, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, **issue** date January
1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.



Report by:                          Reviewed by:


MARTIN CAI                          CJ Zhong
Engineer                            Consumer Supervisor

CvIB-00072

```
File E214884              Page T5-1 of 1              Issued:  2016-11-10
                                                      New:  2017-04-08
```

TEST RECORD NO. 5

GENERAL:

    Electric Pressure Cooker, Model MY-CS6017WP, alternate Heater Assembly secured method with nut change to screw. No test was considered necessary due to similarity to previously tested construction. See File E214884, Report issued 2016-11-10, Test Record Nos. 1-4.

Test Record Summary:

    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2016-08-01, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, issue date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

```
Report by:                        Reviewed by:

MARTIN CAI                        CJ Zhong
Engineer                          Consumer Supervisor
```

CvIB-00073

File E214884                  Page T6-1 of 1              Issued:  2016-11-10
                                                          Revised:  2017-07-18


TEST RECORD NO. 6

GENERAL:

    Electric Pressure Cooker, Model MY-CS6017WP, alternate control PWB trace layouts (same schematic as previous), were submitted by the manufacturer for examination and test.

\*    Due to the similarity of this device to currently Listed Model MY-CS6017WP and previous test results for this manufacturer, except for the alternate control PWB trace layouts, no tests were considered necessary.  See File E214884, Report dated 2016-11-10, Test Record No. 1 to No. **5.**


Test Record Summary:

    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2016-04-10, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, issue date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.


Test Record by:                    Reviewed by:
RICKY CHEN                         CHARTER SHEN
Project Engineer                   Senior Project Engineer

CvIB-00074

```
File E214884              Page T7-1 of 1              Issued:  2016-11-10
                                                      New:     2017-07-18
```

TEST RECORD NO. 7

GENERAL:

     Electric Pressure Cooker, Model Viva, was submitted by the manufacturer for examination and test.

     Due to the similarity of Model Viva to currently Listed Model MY-CS6017WP and previous test results for this manufacturer, except for the control PWB Assembly, no test was considered necessary.  See File E214884, Report dated 2016-11-10, Test Record No. 1 to No. 6.


Test Record Summary:

     The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2017-04-10, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, issue date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

```
Test Record by:                 Reviewed by:
RICKY CHEN                       CHARTER SHEN
Project Engineer                 Senior Project Engineer
```

CvIB-00075

File E214884                 Page T8-1 of 2              Issued:  2016-11-10
                                                        New:  2017-10-26


TEST RECORD NO.: 8


SAMPLES:

     Electric Pressure Cooker, Model IP-DUO60 V2.1, with the new
construction of Locking Pin Assembly, was submitted by the manufacturer for
examination and test.


GENERAL:


     The test results reported relate only to the items tested.

     Due to the new construction of Locking Pin Assembly to currently Listed
Models MY-CS6017WP\ DUO Plus 60\ IP-DUO60 V2.1\ MY-CS6014WP\Ultra 60, Viva
and previous test results for this manufacturer, only following tests were
considered necessary and conducted with acceptable results.  See E214884,
Report dated 2016-11-10, Test Record No. 1-7.

| UL Standard Tests | UL Standard Clause (UL 1026) | Canadian Standard Test | Clause No. (C22.2 Nos. 1335.1 & 2.15) | Code |
|---|---|---|---|---|
| COVER OPENING | 9 OF UL 136 | N/A | N/A | OS |
| LOCKING MECHANISM OPERATION | 10 OF UL 136 | N/A | N/A | OS |

S = Same test.
OS = Testing requirements come from one standard only.
C = Combined test (identified by the test names of two or more similar tests
in multiple standards) to represent the worst-case parameters of the similar
tests.

CvIB-00076

File E214884                Page T8-2 of 2              Issued:  2016-11-10
                                                        New:  2017-10-26

Test Record Summary:


    The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2017-04-10, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, issue date January
1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.




Test Record by:                     Reviewed by:

Rudy Lu                             CJ Zhong
Project Engineer                    Consumer Supervisor

Edward Lin
Engineer Project Associate

CvIB-00077

```
File E214884              Page T9-1 of 1              Issued:  2016-11-10
                                                      New:     2017-12-12
```

TEST RECORD NO.: 9


SAMPLES:

     No sample of Model MY-CS6017WP, MY-CS6014WP with employing alternate control PWB: cancel the data terminal, was submitted by the manufacturer for examination and test.


GENERAL:

No tests were deemed necessary on Model MY-CS6017WP, MY-CS6014WP with employing alternate control PWB, due to similarity to previously construction. See File E214884, Report dated 2016-11-10, Test Record Nos. 1 - 8.


Test Record Summary:


     The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2017-04-10, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, issue date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.


```
Test Record by:                      Reviewed by:

Mandy Luo                            CJ Zhong
Engineer                             Consumer Supervisor

Edward ZJ Lin
Engineer Project Associate
```

CvIB-00078

File E214884                    Page T10-1 of 1                Issued:  2016-11-10
                                                               New:     2018-01-10

TEST RECORD NO. 10

SAMPLES:

    Representative production samples of the Electric Pressure Cooker,
Models MY-CS6017WP, DUO Plus 60, IP-DUO60 V2.1, MY-CS6014WP, Ultra 60 and
Viva, employing with alternate thermal cutoff, Type SF150R0, were submitted
by the manufacturer for examination and test.

GENERAL:

    The test results reported relate only to the items tested.

    Due to the similarity of this device to currently Listed Models MY-
CS6017WP, DUO Plus 60, IP-DUO60 V2.1, MY-CS6014WP, Ultra 60 and Viva, and
previous test results for this manufacturer except alternate thermal cutoff,
only following test was considered necessary and conducted with acceptable
results.  See also E214884, Report dated 2016-11-10, Test Record No. 1-9.

    Test was conducted on Model MY-CS6017WP and was deemed representative
on Models DUO Plus 60, IP-DUO60 V2.1, MY-CS6014WP, Ultra 60 and Viva.

| | |
|---|---|
| FUSIBLE LINK TEST:<br>OVERCURRENT AND/OR OVERTEMPERATURE PROTECTION (CAN/CSA C22.2 NO. 1335.1): | 19.2, 19.3<br>(24.10) |

    The test methods and results of the above tests have been reviewed and
found in accordance with the requirements in the Standards mentioned in Test
Record Summary.


Test Record Summary:

    The results of this investigation, including construction review and
testing, indicate that the products evaluated comply with the applicable
requirements in Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised August 24, 2017; and the Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliance: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, dated January 1993,
and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No.
1335.2.15-93, First Edition, dated January 1993, last revised August, 1994,
therefore, such products are judged eligible to bear UL's Mark as described
on the Conclusion Page of this Report.  Any information and documentation
involving UL Mark services are provided on behalf of UL LLC (UL) or any
authorized licensee of UL.


Test record by:                      Reviewed by:
RICKY CHEN                           CHARTER SHEN
Project Engineer                     Senior Project Engineer

CvIB-00079

File E214884                     Page T11-1 of 1            Issued:  2016-11-10
                                                             New:  2018-03-16


TEST RECORD NO. 11

GENERAL:

    Electric Pressure Cooker, Models MY-CS6017WP, DUO Plus 60,  IP-DUO60
V2.1, MY-CS6014WP, Ultra 60, Viva, alternate appliance inlet, Type DB-14-09.
No test was considered necessary due to similarity to previously tested
construction, See File E214884, Report issued 2016-11-10, Test Record Nos. 1-
10.


Test Record Summary:


    The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2018-02-02, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date
January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.


Test record by:                   Reviewed by:
RICKY CHEN                         Charter Shen
Project Engineer                   Senior Project Engineer

CvIB-00080

File E214884                    Page T12-1 of 2              Issued: 2016-11-10
                                                             New: 2018-03-21


TEST RECORD NO. 12


SAMPLES:

     Representative production samples of the Electric Pressure Cooker,
Models MY-CS6017WP, DUO Plus 60, IP-DUO60 V2.1, MY-CS6014WP, Ultra 60, Viva,
employing alternate construction of Handle and Magnet Sensor Cover, were
submitted by the manufacturer for examination and test.

     Due to the similarity of these devices to currently Listed Model MY-
CS6017WP and previous test results for this manufacturer, except for the
alternate construction of handle and magnet sensor cover, only following
tests were considered necessary and were waived due to rationale described in
below.  See File E214884, Report dated November 10, 2016, Test Record No. 1
through 11.

| Test | Rationale to waive test | File Reference | Report Date | Test Record No. |
|---|---|---|---|---|
|  |  |  |  |  |
| MOLD STRESS-RELIEF DISTORTION TEST STRESS-RELIEF DISTORTION (CAN/CSA C22.2 NO. 1335.1) | A & B | E214884 | 2017-11-15 | 2 |
| IMPACT TEST (POLYMERIC MATERIAL) MECHANICAL STRENGTH (CAN/CSA C22.2 NO. 1335.1) | A & B | E214884 | 2017-11-15 | 2 |
| NON-METALLIC ENCLOSURE-FASTENER TEST | A & B | E214884 | 2017-11-15 | 2 |

   A. Similarity construction to currently certified Model Smart WiFi 60 and
      same mold/material of handle and magnet sensor cover.

   B. Test on the alternate construction of Handle and Magnet Sensor Cover
      for use in Model MY-CS6017WP were covered as part of test program for
      the Electric Pressure Cooker, Model Smart WiFi 60, which incorporate
      this assembly.

CvIB-00081

```
File E214884              Page T12-2 of 2            Issued: 2016-11-10
                                                     New:  2018-03-21
```

Test Record Summary:

    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2018-02-02, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

```
Test record by:                 Reviewed by:
RICKY CHEN                      Charter Shen
Project Engineer                Senior Project Engineer
```

CvIB-00082

File E214884                 Page T13-1 of 1              Issued:  2016-11-10
                                                          New:  2018-05-16


TEST RECORD NO. 13


SAMPLES:

     Representative production samples of the Electric Pressure Cooker,
Models MY-CS6017WP, DUO Plus 60, IP-DUO60 V2.1, MY-CS6014WP, Ultra 60 and
Viva, employing alternate 18 AWG/3-C SJT power supply cord, were submitted by
the manufacturer for examination and test.

     Below Test for cord tag, R/C (PGJI2), AVERY (CHINA) CO LTD, (MH20558),
TC/S333, use with power supply cord, SJT, 18 AWG, was waived due to the same
construction had been tested in previous report and no additional test was
required, see the test record below for details.

| Test | File Reference | Report Date | Test Record No. |
|---|---|---|---|
| TEST FOR PERMANENCE OF CORD TAG: | E214884 | 2010-01-018 | 27 |


Test Record Summary:

     The results of this investigation, including construction review,
indicate that the products evaluated comply with the applicable requirements
in Standard for Electric Household Cooking and Food Serving Appliances, UL
1026, Sixth Edition, last revised dated 2018-02-02, and Canadian Standards
for Portable Electrical Motor-Operated and Heating Appliances: General
Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date
January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating
Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date
August 1994, reaffirmed 2013 and therefore, such products are judged eligible
to bear UL's Mark as described on the Conclusion Page of this Report.  Any
information and documentation involving UL Mark services are provided on
behalf of UL LLC (UL) or any authorized licensee of UL.

Test record by:              Reviewed by:
RICKY CHEN                    Charter Shen
Senior Project Engineer       Senior Project Engineer

CvIB-00083

```
File E214884              Page T14-1 of 1              Issued:  2016-11-10
                                                       New:     2018-06-12
```

TEST RECORD NO. 14

SAMPLES:

    No representative production samples of the Electric Pressure Cooker, model DUO Plus 60, employing alternate control PWB, were submitted by the manufacturer for examination and test.

GENERAL:

    Due to the similarity of this device to currently Listed Model DUO Plus 60, and previous test results except for alternate control PWB, no test was considered necessary.  See E214884, Report dated 2016-11-10, Test Record Nos. 1 to 13.

Test Record Summary:

    The results of this investigation, including construction review, indicate that the products evaluated comply with the applicable requirements in Standard for Electric Household Cooking and Food Serving Appliances, UL 1026, Sixth Edition, last revised dated 2018-02-02, and Canadian Standards for Portable Electrical Motor-Operated and Heating Appliances: General Requirements, CAN/CSA C22.2 No. 1335.1-93, First Edition, Last Revised date January 1993, reaffirmed 2013 and Particular Requirements for Liquid-Heating Appliances, CAN/CSA C22.2 No. 1335.2.15-93, First Edition, Last Revised date August 1994, reaffirmed 2013 and therefore, such products are judged eligible to bear UL's Mark as described on the Conclusion Page of this Report.  Any information and documentation involving UL Mark services are provided on behalf of UL LLC (UL) or any authorized licensee of UL.

```
Test record by:                    Reviewed by:
Rudy Lu                            Edward ZJ Lin
Project Engineer                   Engineer Project Associate
```

CvIB-00084

Case No. 1:18-cv-02611-MSK-STV   Document 53-12   filed 05/31/19   USDC Colorado   pg 51 of 51

File E214884                    Page C1                    Issued:  2016-11-10

CONCLUSION

    Samples of the product covered by this Report have been found to comply
with the requirements covering the category and the product is found to
comply with UL's applicable requirements.  The description and test result in
this Report are only applicable to the sample(s) investigated by UL and does
not signify UL certification or that the product(s) described are covered
under UL's Follow-Up Service Program.  When covered under UL's Follow-Up
Service Program, the manufacturer is authorized to use the UL Listing Mark on
such products which comply with UL's Follow-Up Service Procedure and any
other application requirements of UL LLC.  The Listing Mark of UL LLC on the
product, or the UL symbol on the product and the Listing Mark on the smallest
unit container in which the product is packaged, is the only method to
identify products investigated by UL to published requirements and
manufactured under UL's Listing and Follow-Up Service.

    This Report is intended solely for the use of UL and the Applicant for
establishment of UL certification coverage of the product under UL's Follow-
Up Service.  UL retains all rights, title and interest (including exclusive
ownership) in this Report and all copyright therein.  Unless expressly
authorized in writing by UL, the Applicant shall not disclose or otherwise
distribute this Report or its contents to any third party or use this Report
for any purpose other than to establish UL certification and become eligible
for Follow-Up Service for the product(s) described in this Report.  Any other
use of this Report including without limitation, evaluation or certification
by a party other than UL unless part of a certification scheme, is prohibited
and renders the Report null and void.  UL shall not incur any obligation or
liability for any loss, expense, or punitive damages, arising out of or in
connection with the use or reliance upon the contents of this Report to
anyone other than the Applicant as provided in the agreement between UL and
Applicant.  Any use or reference to UL's name or certification mark(s) by
anyone other than the Applicant in accordance with the agreement is
prohibited without the express written approval of UL or any authorized
licensee of UL.  Any information and documentation involving UL Mark services
are provided on behalf of UL LLC (UL) or any authorized licensee of UL. UL
shall not otherwise be responsible to anyone for the use of or reliance upon
the contents of this Report.


Report by:                      Reviewed by:


MARTIN CAI                      CJ Zhong
Engineer                        Consumer Supervisor

CvIB-00085