

Mon, Dec 3 2018 10:22PM

# Ticket #0118634

| | | | |
|---|---|---|---|
| **Status** | Open | **Name** | Customer 10 |
| **Priority** | High | **Email** | Customer 10 gmail.com |
| **Department** | Claims | **Phone** | |
| **Create Date** | 04/17/2017 2:54 AM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | Dongjun W | **Help Topic** | Support |
| **SLA Plan** | | **Last Response** | 06/26/2017 8:48 PM |
| **Due Date** | | **Last Message** | 06/26/2017 6:16 PM |

## Ticket Details

| | |
|---|---|
| **Shipping Address - Country:** | USA |
| **Product Model Name for internal:** | DUO60 V1 |
| **EPC Problem Tag:** | _PT_burn_injury_ |
| **Date code:** | 1508 |
| **Serial Number:** | 150860.45453 |
| **Replacement Required:** | No |
| **Replacement - EPC full package:** | None |
| **Replacement - EPC Base:** | None |
| **Replacement - Sous Vide Immersion Circulator:** | None |
| **Replacement - SV Accessories:** | None |
| **Return Shipping Required:** | No |
| **Has been shipped by customer:** | No |
| **Return to manufacturer Required:** | No |
| **Has been shipped out to manufacturer:** | No |



Mon, Dec 3 2018 10:22PM

| | |
|---|---|
| **Is shipping required for marketing:** | No |
| **Is Injury Involved:** | No |
| **Returned to DI:** | No |
| **Ticket Category:** | Review |

## Instant Pot Message: Injury

**04/17/2017 2:54 AM** Instant Pot Message: Injury — Customer 10

Message from InstantPot.com contact page.
From: Customer 10 Customer 10 gmail.com
-------------------------
Your product resulted in a second degree burn and multiple other burns. You claim that your Saftey Lid Lock prevents accidental opening when pressurized. However when we opened the lid, after releasing the pressure using the release valve, it spewed boiling liquid several feet across the kitchen and severely burned a kid, which resulted in a hospital trip.
Looking at the product and the materials, there are no obvious indications or saftey warnings as to when it is safe to open the cooker.
Will you cover medical and other related expenses willingly?

**04/17/2017 10:31 AM** Ticket Assigned to Dongjun W — Philip H

Hi Dongjun,

This one is for you.

-Phil

**04/17/2017 10:35 AM** Ticket Assigned to Jason G — Philip H

For you.

**04/17/2017 11:25 AM** — Jason G



Mon, Dec 3 2018 10:22PM

Hello Customer 10

My name is Jason Goodyear, team lead for Instant Pot support. I am very sorry to hear about the incident. I hope you son or daughter are recovering well.

I would like to gather as much information as I can for Dongjun Wang, the VP of Business Development of Instant Pot Company while he is away from the office. We would like to work directly with you to resolve this matter. Would you be able to provide the below information?

Shipping address and phone number
Pictures of injury and the unit
Doctor's notes and assessment
A photo of silver label on the back side of the pot
A photo of the serial number on the bottom of the pot
What were the ingredients and what was the water level
What function button was used for cooking
Was the float valve up or down
Was there lots of steam coming out before the lid was open
Was there lots of force required to open the lid

Do you have a printer? If so we would send you a return shipping label and document for the pot. We will send a replacement unit to you with return shipping label documents.

Regards,

---

04/17/2017 1:40 PM                                                                                      Customer 10

Jason,
I will provide as much information as I can and hope this can be resolved amicably. I do not wish to return/exchange the unit until this matter is resolved though.

My phone number is Customer 10

I will get pictures of the injuries as soon as I can. I've attached a couple of pictures of the unit I took shortly after the incident.

We had opened the steam release valve and let it de-pressurize for a while, just like we had done the other 2-3 times we had used the cooker. I don't recall any steam, however had there been significant



Mon, Dec 3 2018 10:22PM

amounts of steam we would have waited longer to open the unit. This is a major part of my concern, this device you advertise as extremely safe, however there is nothing to indicate when it is safe to open the unit. When we opened the unit, we used the same amount of force we had every other time we opened the unit.

As for your other questions, they appear to be directed at attempting to shift the blame to us. I looked for some kind of warning lights, messages, or indicators prior to opening and did not see anything. The language of your advertisements claims that your device prevents accidental openings when pressurized, which gives a false sense of security and led to this injury.

This was not a case of someone being careless with a potentially dangerous device. It was not filled anywhere near the max line and we let it vent for several minutes before opening it. Prior to use I was well aware that pressurized liquids could spew from a device like this and that the contents would be extremely hot. This is why I looked for warnings and indicators first and, finding none but instead finding the statement that "Safety Lid Lock prevents accidental opening while cooker is pressurized", felt like it was safe to proceed. Either the product was faulty or the marketing materials falsely claimed the device was safe from these types of incidents. Either way there is liability.

All I'm asking for at this point is the covering of medical expenses. I'm happy to provide evidence of the burns and doctors notes so you know this is not some kind of scam. However if there are attempts to shift the blame back to us then I will speak with an attorney before answering any questions and I'm sure this will become a lot more expensive than a few thousand dollars in medical expenses.

Customer 10



Mon, Dec 3 2018 10:22PM



Ticket #0118634 Page 5

CvIB-00828



Mon, Dec 3 2018 10:22PM



Ticket #0118634 Page 6

CvIB-00829



Mon, Dec 3 2018 10:22PM





Mon, Dec 3 2018 10:22PM





Mon, Dec 3 2018 10:22PM





Mon, Dec 3 2018 10:22PM





Mon, Dec 3 2018 10:22PM



On Apr 17, 2017, at 10:25 AM, Instant Pot (Support) support@instantpot.com> wrote:

04/18/2017 11:37 AM                                                                                   Jason G

4/18/2017            Amazon.com - Order Customer 10

# amazon.com

## Final Details for Order #Customer 10
Print this page for your records.

**Order Placed:** November 25, 2016
**Amazon.com order number:** Customer 10
**Order Total:** $74.64

### Shipped on November 30, 2016

| Items Ordered | Price |
|---|---|
| 1 of: *Instant Pot IP-DUO60 7-in-1 Multi-Functional Pressure Cooker, 6Qt/1000W*<br>Sold by: Amazon.com LLC<br><br>Condition: New | $68.95 |

**Shipping Address:**
Customer 10
United States

**Shipping Speed:**
No-Rush Shipping

Item(s) Subtotal: $68.95
Shipping & Handling: $0.00
-----
Total before tax: $68.95
Sales Tax: $5.69
-----
**Total for This Shipment:** **$74.64**
-----

### Payment information

**Payment Method:**
Visa | Customer 10

**Billing address**
Customer 10
United States

Item(s) Subtotal: $68.95
Shipping & Handling: $0.00
-----
Total before tax: $68.95
Estimated tax to be collected: $5.69
-----
**Grand Total:** **$74.64**

**Credit Card transactions**     Visa ending in Customer 10: November 30, 2016: $74.64

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2017, Amazon.com, Inc. or its affiliates