

Mon, Dec 3 2018 10:24PM

# Ticket #0121348

| | | | |
|---|---|---|---|
| **Status** | Open | **Name** | Customer 11 |
| **Priority** | Normal | **Email** | Customer 11 gmail.com |
| **Department** | Claims | **Phone** | |
| **Create Date** | 05/08/2017 4:58 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | Dongjun W | **Help Topic** | Support |
| **SLA Plan** | | **Last Response** | 05/11/2017 2:19 AM |
| **Due Date** | | **Last Message** | 05/10/2017 10:52 PM |

## Ticket Details

| | |
|---|---|
| **Shipping Address - Country:** | USA |
| **Product Model Name for internal:** | DUO60 (version unknown) |
| **EPC Problem Tag:** | _PT_burn_injury_ |
| **Replacement Required:** | No |
| **Replacement - Sous Vide Immersion Circulator:** | None |
| **Replacement - SV Accessories:** | None |
| **Return Shipping Required:** | No |
| **Has been shipped by customer:** | No |
| **Return to manufacturer Required:** | No |
| **Has been shipped out to manufacturer:** | No |
| **Is shipping required for marketing:** | No |
| **Marketing Purpose:** | NONE |

Case No. 1:18-cv-02611-MSK-STV   Document 53-14   filed 05/31/19   USDC Colorado   pg 2 of 11



Mon, Dec 3 2018 10:24PM

# Major Incident involving Instant Pot

**05/08/2017 4:58 PM** Major Incident involving Instant Pot — Customer 11

To Whom it May Concern,

I just spoke with a customer service representative by the name of Eric on the phone who directed me to relay our incident over email.

Yesterday evening my husband was opening our instant pot with chicken and approximately 4 cups of broth in it when the pot malfunctioned spewing boiling hot broth all over my husband and our kitchen. My husband sustained scald burns over a large portion of his torso and groin through his clothes and several appliances on the counter were damaged in the process.

The instant pot had been on manual for 14 minutes; my husband released the pressure fully and the float valve went down. We have been using this instant pot several times a week for over a year with no incidents and follow all maintenance and cleaning instructions as indicated by the manual (including replacing the gasket) and are extremely disturbed over this. We have two very young children at home who were thankfully not in the kitchen at the time of the malfunction but who could have been terribly injured.

Please advise as to how you are going to address this apparent flaw in your safety mechanisms - we will absolutely not be using your product in the future but I have many friends who still use them and I want to reassure them that you are addressing this problem with appropriate actions both for our family and your customer base.

Best,
Customer 11

**05/10/2017 7:08 AM** — Customer 11

This is not a support issue - as I previously stated we will NOT be using your product again given that it's a safety hazard. I need someone to contact me immediately and tell me why my husband was horribly burned (see attached picture) and what you will be doing to fix the safety flaw in your product or we will be contacting a lawyer.

2 of 11

Ticket #0121348                                   CvIB-00943   Page 2



Mon, Dec 3 2018 10:24PM





Mon, Dec 3 2018 10:24PM



On Mon, May 8, 2017 at 4:58 PM Instant Pot (Support) support@instantpot.com> wrote:

new shield.jpg (31.8 kb)
IMG_5006.JPG (1.7 mb)
IMG_5008.JPG (1.5 mb)

---

**05/10/2017 2:33 PM** Ticket Assigned to Dongjun W                                      Nancy S.

Hello Dongjun,

This ticket is about a person getting burned. URGENT!

---

**05/10/2017 8:57 PM**                                                                  Dongjun W



Mon, Dec 3 2018 10:24PM

Dear Customer 11

My name is Dongjun Wang and I am the Vice-President Business Development for Double Insight. I am very sorry to hear about the incident. I hope your husband will recover well very soon. We would like to work directly with you to resolve this matter. What we need from you is for you to help us with the followings.

- Shipping address and phone number
- Doctor's notes and assessment
- A photo of silver label on the back side of the pot
- A photo of the serial number on the bottom of the pot
- Was there lots of steam coming out before the lid was open
- Was there lots of force required to open the lid

We would like to get the pot back for investigation and send you a return shipping label for the pot. Do you have the original shipping box and a printer?

Sincerely,

Dongjun Wang

05/10/2017 9:04 PM                                                                                                   Dongjun W

Hi Customer 11

Sorry, one more question, what's your husband's name?

Sincerely,

Dongjun

05/10/2017 10:44 PM                                                                                              Customer 11



Mon, Dec 3 2018 10:24PM

Mr. Wang,

There was significant steam coming out when we released the steam through the valve but it wasn't any more than we typically see when we make this recipe but as I previously stated the steam subsided and the float valve dropped. My husband did not exert any extra pressure to open the pot, as previously mentioned the float valve was down so the lid was easy to open. We do not have the original box, we've owned the pot for over a year. Shilling address Customer 11                                and my phone number is Customer 11 . My husband (Customer 11 was not seen - protocol for a partial thickness s burn is to wait, hydrate and treat systemically with an antihistamine and anti inflammatory. He is recovering but his work was impacted due to the nature and location of the burns.

I will send along pictures tomorrow.

On Wed, May 10, 2017 at 8:57 PM Instant Pot (Support) support@instantpot.com> wrote:

05/10/2017 10:52 PM                                                                                                      Customer 11

Attached are pictures of the instant pot post incident in which you can see the large dispersal of chicken and broth Around the area as well as pictures of my husbands torso injuries immediately after the incident, on day 2 and day 3.



Mon, Dec 3 2018 10:24PM



Ticket #0121348

CvIB-00948 Page 7



Mon, Dec 3 2018 10:24PM





Mon, Dec 3 2018 10:24PM





Mon, Dec 3 2018 10:24PM



On Wed, May 10, 2017 at 10:42 PM Customer 11   Customer 11         gmail.com> wrote:

Mr. Wang,

There was significant steam coming out when we released the steam through the valve but it wasn't any more than we typically see when we make this recipe but as I previously stated the steam subsided and the float valve dropped. My husband did not exert any extra pressure to open the pot, as previously mentioned the float valve was down so the lid was easy to open. We do not have the original box, we've owned the pot for over a year. Shilling address is Customer 11              and my phone number is Customer 11  . My husband (Customer 11 was not seen - protocol for a partial thickness s burn is to wait, hydrate and treat systemically with an antihistamine and anti inflammatory. He is recovering but his work was impacted due to the nature and location of the burns.

I will send along pictures tomorrow.



Mon, Dec 3 2018 10:24PM

On Wed, May 10, 2017 at 8:57 PM Instant Pot (Support) support@instantpot.com> wrote:

---

**05/11/2017 2:19 AM**  Dongjun W

Hi Customer 11

I hope Customer 11 is recovering well. Thank you for your information. Could you please provide me the followings?

- A photo of silver label on the back side of the pot
- A photo of the serial number on the bottom of the pot

Can we send you a new pot as an replacement free of charge and you may please use the new box to ship the old one back to us at our expense? I will send you a return shipping label and documents; all you need to do is drop the box with the old pot and return shipping documents to a FedEx store near you.

Sincerely,

Dongjun

---