

Mon, Dec 3 2018 10:39PM

# Ticket #0134133

| | | | |
|---|---|---|---|
| **Status** | Closed | **Name** | Customer 13 |
| **Priority** | Normal | **Email** | Customer 13 sbcglobal.net |
| **Department** | Support | **Phone** | Customer 13 |
| **Create Date** | 08/16/2017 5:17 PM | **Source** | Phone |

| | | | |
|---|---|---|---|
| **Assigned To** | Kevin C | **Help Topic** | Support |
| **SLA Plan** | | **Last Response** | 10/13/2017 2:26 PM |
| **Due Date** | | **Last Message** | 08/24/2017 6:12 PM |

**Ticket Details**

| | |
|---|---|
| **Shipping Address - Line 1:** | Customer 13 |
| **Shipping Address - City:** | Customer 13 |
| **Shipping Address - State/Province:** | Custom |
| **Shipping Address - Zip Code/Post Code:** | Customer 13 |
| **Shipping Address - Country:** | USA |
| **Phone Number:** | Customer 13 |
| **Product Model Name for internal:** | DUO60 V2 |
| **EPC Problem Tag:** | _PT_burn_injury_ |
| **Agent Name:** | Dongjun Wang |
| **Date code:** | 1605 |
| **Replacement Required:** | No |
| **Replacement - EPC Base:** | None |
| **Replacement - Sous Vide Immersion Circulator:** | None |
| **Replacement - SV Accessories:** | None |
| **Return Shipping Required:** | No |

EXHIBIT Q.1
1 of 11



CvIB-00989



Mon, Dec 3 2018 10:39PM

| | |
|---|---|
| **Has been shipped by customer:** | No |
| **Return to manufacturer Required:** | No |
| **Has been shipped out to manufacturer:** | No |
| **Is shipping required for marketing:** | No |
| **Marketing Purpose:** | NONE |

# injury

08/16/2017 5:17 PM Customer 13

Dear Customer 13

My name is Dongjun Wang, the VP of Customer Experience of Instant Pot. I am sorry to hear that you have had injury on August 11th as I read your post on Facebook. I hope you are recovering well.

May I send you a replacement of the Instant Pot free of charge and get your unit back for inspection? Could you please help me with the following information?

1. What's your model name? Please send us a photo of the silver label at the back side of the pot.
2. Your shipping address and phone number
3. Do you still have the original boxes for shipping? If not, you may wait for the new pot to arrive and reuse the boxes.
4. When you tried to open the lid, was the float valve up or down, or you didn't know?
5. Was there lots of resistance when you tried to open the lid?

Once again, I wish the best for your recovery!

Sincerely,
Dongjun

08/16/2017 5:17 PM Ticket claimed by Dongjun W Dongjun W




Mon, Dec 3 2018 10:39PM




I just wanted to post this so people can learn from the mistake I made. I was being stupid and unfortunately I tried to open the instant pot before I should have. I was impatient and didn't give it the appropriate venting time and when I opened it up the soup exploded out and landed on my upper thighs.I know it could have been worse and I know it was my own fault but I want people to learn from my mistake and lack of patience.



08/23/2017 4:36 AM Ticket Assigned to Jason G — Dongjun W

Hi Jason,

Customer 13 has not responded yet. Could you please follow up with her through a call? Maybe our email has gone to her spam folder.

Thanks!
Dongjun

08/23/2017 2:26 PM — Jason G




Mon, Dec 3 2018 10:39PM

Hello Customer 13

This is the Jason, we were speaking earlier. Again, we are very sorry to hear about your injury. Here was the email that was sent by Dongjun.

Dear Customer 13

My name is Dongjun Wang, the VP of Customer Experience of Instant Pot. I am sorry to hear that you have had injury on August 11th as I read your post on Facebook. I hope you are recovering well.

May I send you a replacement of the Instant Pot free of charge and get your unit back for inspection? Could you please help me with the following information?

1. What's your model name? Please send us a photo of the silver label at the back side of the pot.
2. Your shipping address and phone number
3. Do you still have the original boxes for shipping? If not, you may wait for the new pot to arrive and reuse the boxes.
4. When you tried to open the lid, was the float valve up or down, or you didn't know?
5. Was there lots of resistance when you tried to open the lid?

Once again, I wish the best for your recovery!

Sincerely,
Dongjun

08/24/2017 6:12 PM Customer 13

Thank you for your attention and concern.
I remember having trouble with the valve. I had previously made two other dishes where the pot did NOT hold pressure at all. I remember checking the valves and wondering why it was sticking or not holding. I jostled it into a position that held pressure. When I went to release it -major steam had already been released and I then felt it was taking too long and was probably done. There was a slight resistance but when I turned it - it opened and the broth inside splashed out.




Mon, Dec 3 2018 10:39PM





Mon, Dec 3 2018 10:39PM





Mon, Dec 3 2018 10:39PM





Mon, Dec 3 2018 10:39PM




Sent from my iPhone

On Aug 23, 2017, at 1:26 PM, Instant Pot (Support) support@instantpot.com> wrote:

08/24/2017 6:12 PM Customer 13



Mon, Dec 3 2018 10:39PM

My address is:
Customer 13

Thank you,
Customer 13

Sent from my iPhone

On Aug 23, 2017, at 1:26 PM, Instant Pot (Support) support@instantpot.com> wrote:

08/25/2017 11:09 AM Ticket Assigned to Dongjun W — Jason G

Hello Dongjun,

Do you want me to proceed with replacement and pick up? I assume yes, but with these tickets, it better not to just assume.

08/26/2017 9:12 AM Ticket Assigned to Jason G — Dongjun W

Hi Jason,

Yes, please send the replacement and arrange to get unit back.

Thanks!
Dongjun

08/28/2017 12:52 PM — Jason G




Mon, Dec 3 2018 10:39PM

Hello Customer 13

Thank you for agreeing to send the other Instant Pot back.

Please print the attached Return Label and Commercial Invoice to include on the outside of package. FedEx should be able to provide a clear plastic envelope for this purpose.

We have sent a request to the shipping department to send you a replacement Instant Pot. They will email you within the next couple business days with tracking details.

Regards,

COMMERCIAL INVOICE ON - 6 QUART - 0134133.pdf (98.7 kb)
Return Label - Customer 13 - 0134133.pdf (821.3 kb)

08/29/2017 2:54 PM — Shipping Department

Hi, Customer 13

Please be advised your DUO60 V2 was shipped, the FedEx tracking number is

Customer 13

Any questions, please feel free to call or email back.

(For US customer, this shipment needs to cross border from Canada, it could be tracked after 2-3 days in FedEx website.)

08/29/2017 3:01 PM — Kevin C

Shipped. Please watch reply from customer.

10/06/2017 4:56 PM — Dongjun W



Mon, Dec 3 2018 10:39PM

Hi Customer 13

I hope you have recovered well and received our replacement of Duo60 V2. As we agreed that you would be sending your pot to us. For your convenience, I am attaching the commercial invoice and shipping label. Could you please print the two documents and bring them and the pot to the FedEx store near you?

Thank you very much for your patience and have a wonderful weekend!

Dongjun

COMMERCIAL INVOICE ON - 6 QUART - 0134133.pdf (98.7 kb)
Return Label - Customer 13 - 0134133.pdf (821.3 kb)

10/13/2017 2:26 PM Tamara L.

Hello, Customer 13

We hope this message finds you well.

This message is being sent to follow up on the defective inner pot you had agreed to send along back to our warehouse for further investigation.

It would be very helpful and appreciated if this could be shipped back to us. If you require the documentation again or have any additional questions, please do let me know!

If you have shipped it back already, please confirm the date it was shipped so we can investigate with the courier.

Thank you very much!

Kindest regards,