

Mon, Dec 3 2018 10:42PM

# Ticket #0138129

| | | | |
|---|---|---|---|
| **Status** | Closed | **Name** | Customer 14 |
| **Priority** | Normal | **Email** | Customer 14 gmail.com |
| **Department** | Support | **Phone** | |
| **Create Date** | 09/13/2017 6:04 PM | **Source** | Phone |

| | | | |
|---|---|---|---|
| **Assigned To** | Kevin C | **Help Topic** | Support |
| **SLA Plan** | | **Last Response** | 03/06/2018 5:17 PM |
| **Due Date** | | **Last Message** | 03/03/2018 4:49 PM |

## Ticket Details

| | |
|---|---|
| **Product Model Name (on silver label):** | DUO60 |
| **Shipping Address - Line 1:** | Customer 14 |
| **Shipping Address - City:** | Customer 14 |
| **Shipping Address - State/Province:** | Customer |
| **Shipping Address - Zip Code/Post Code:** | Customer 14 |
| **Shipping Address - Country:** | USA |
| **Phone Number:** | Customer 14 |
| **Product Model Name for internal:** | DUO60 V1 |
| **EPC Problem Tag:** | _PT_burn_injury_ |
| **Agent Name:** | Dongjun Wang |
| **additional agents:** | Sorley O'Neill |
| **Date code:** | 1509 |
| **Serial Number:** | 150960.03280 |
| **Replacement Required:** | Yes |
| **Replacement - EPC full package:** | DUO60 V3 |
| **Replacement - EPC Base:** | None |



Mon, Dec 3 2018 10:42PM

| | |
|---|---|
| **Replacement - Sous Vide Immersion Circulator:** | None |
| **Replacement - SV Accessories:** | None |
| **Replacement Route:** | CAN to US |
| **Return Shipping Required:** | Yes |
| **Return Shipping Route:** | US to CAN |
| **Has been shipped by customer:** | No |
| **Return to manufacturer Required:** | No |
| **Has been shipped out to manufacturer:** | No |
| **Is shipping required for marketing:** | No |
| **Marketing Purpose:** | NONE |
| **Is Injury Involved:** | No |
| **Returned to DI:** | No |

# NoPr Issue

**09/13/2017 6:04 PM**  Customer 14

Hello Customer 14

Thank you for your call today! We are sorry that you are having this issue. Please attach the following information as our technicians will need them for records.

* Photo of the silver sticker located at the back of the unit
* Photo of receipt of purchase (showing the date including year)
* Photo of the round white sticker on the bottom of the pot with the serial number on it. We report this back to the factory to help prevent these issues in the future.

Thank You!



Mon, Dec 3 2018 10:42PM

| 09/13/2017 6:04 PM New Ticket | Camille Aquino |
|---|---|

Full Name: Customer 14

Email address: Customer 14 @gmail.com

phone number: Customer 14

Model: IP-DUO60

Issue: NoPr

My apologies. I skipped troubleshooting steps over the phone for i felt the customers fear in using the pot again. The pot exploded to her and gave her a second degree burn. She saw the NoPr Error message on her control panel and noticed that the float valve did not popped up. She opened the lid and exploded to her. She will be providing requirements within the day and will be waiting for a resolution within 24-48 hours. Thanks!

| 09/15/2017 8:53 AM | Sandy H. |
|---|---|



Mon, Dec 3 2018 10:42PM

Hello Customer 14

Thank you for your inquiry and we are sorry that you are having difficulty with your Instant Pot.

Not pressurizing is normally caused by either not enough water in the inner pot, the sealing ring, the Steam release and/or float valve being obstructed, or steam release handle being in the "Venting" position. Sometimes, it can be caused by a missing anti-block shield.

Can you please look at the lid without the Sealing ring inserted and let us know if the wire ring inside of the lid is the same height all the way around the lid or is it higher or lower in some spots? If it is, can you please attach a picture of the area so that we can see?

Also, can you remove the anti-block shield and with your finger on the bottom of the Float Valve and looking from the top of the lid, see if the Float Valve goes up and down freely? If not, does it seem like there is something inside the Float Valve hole in the lid that the Float Valve is getting caught on? If there is, could you please attach a picture of the Float Valve hole in the lid from the top of the lid with the Float Valve removed?

Can you please let us know what you were cooking at the time that the pressure wasn't building? Did you have at least 2 cups of watery type consistency liquid in the inner pot?

We would like to take care of your problem as soon as possible, but first we need to figure out what is wrong so we know what action to take next.

Your patience is greatly appreciated.

Could you please perform a simple test and let us know (step by step) exactly what happens. Here are the instructions. If any steam is escaping during the test, please capture a short video of this happening and attach it to your reply to this ticket.

Please check that the wire ring inside of the lid fits snugly within the groove of the sealing ring all the way around, the Steam Release and/or float value is not obstructed and the Float Valve can move up and down freely without catching on anything and that the anti-block shield is in place.

1) Insert the inner pot in the cooker base and add 3 cups of water.
2) Put the lid on in the secured position.
3) Make sure that the steam release handle is pointing to "Sealing".
4) Press the "steam" button and adjust the time using the "+" or "-" keys to 5 minutes.



Mon, Dec 3 2018 10:42PM

5) Take notes on what happens up until the pot goes into the keep warm mode automatically.

Please pay special attention to:

a) How long it takes for steam to start coming out the float valve hole.
b) How long it takes for the float valve to pop up.
c) When the countdown begins
d) If there is leakage AFTER the countdown begins, where is it coming from? (Is it coming out of the float valve hole, the steam release handle or out the side/back/front of the lid)

6) Turn off the machine.
7) Send us your findings.

In addition, can you please provide the following information?

* Picture of the Silver Sticker located on the back of the unit.
* Picture of the Serial Number white sticker located on the bottom of the unit.
* Purchase receipt showing date.
* Current Shipping Address
* Current Phone Number.

Hoping to hear from you soon, I remain.

Regards,

12/16/2017 2:33 PM                                                                                      Dongjun W



Mon, Dec 3 2018 10:42PM

Dear Customer 14

We acknowledge your ticket and emails sent to us concerning the unfortunate incident that occurred. Could you please confirm that it happened in September? I hope you have recovered well. As part of our review, we ask that the pot be returned at our cost so that it can be examined and tested. We are happy to provide you with a replacement pot at no cost.

Could you please provide the following information to us?
- Shipping address and phone number
- Pictures of injury and the unit
- Doctor's notes and assessment
- A photo of silver label on the back side of the pot
- A photo of the serial number on the bottom of the pot
- What were the ingredients and what was the water level
- What function button was used for cooking
- Was there lots of force required to open the lid

We also welcome any additional information you have about the circumstances surrounding this incident. We are committed to taking steps to ensure both the safety and the satisfaction of our customers. To that end, please feel free to contact me directly with any further information or if you have any questions.

We sincerely regret this incident. We will ship your new pot to you immediately once we get your address, and we would ask that you ship back the old pot at your earliest opportunity.

Respectfully yours,

Dongjun Wang

VP Quality Control & Customer Experience

12/17/2017 10:32 AM                                                                                                        Customer 14

Ticket #0138129                                                                                                     Page 6
                                                                                                                    CvIB-01009



Mon, Dec 3 2018 10:42PM

Hello there,
That sounds good. I'll do that as soon as possible. Thank you

Customer 14

Sent from my iPhone

On Dec 16, 2017, at 11:33 AM, Instant Pot (Support) support@instantpot.com> wrote:

12/18/2017 12:20 PM  Ticket Assigned to Dongjun W                                    Sandy H.

do you want me to handle this moving forward?

03/03/2018 4:42 PM                                                                   Customer 14



Mon, Dec 3 2018 10:42PM

Hello Dongjun,
I apologize for my late reply!!

My address is: Customer 14
My phone number: Customer 14

The incident happened almost exactly a year ago in March 2017. I was making chicken bone broth. I used about a pound of chicken bones, lots of garlic, apple cider vinegar, salt, and filled it with water just below where is says max. I closed the lid, sealed it, pressed Manual and set it for one hour and a couple minutes later, it beeped and showed on the screen no pressure (in fewer letters: I think it looked like this, NOPRES) It had never happened before so it was confusing because I had made a bunch of batches of the same thing before. I went over to look at it, made sure it vented, and felt the lid. It was hard to open, but i figured because it said it had no pressure that it would be ok to open. That was really a bad idea on my part.....the lid flew off and broth went everywhere. Thankfully my mother in law was there to help me and only part of me that was burned was my right arm. I immediately immersed my right arm in a sink full of very cold ice water which I kept in there for a REALLY long time! I called my friend who uses essential oils and knows a lot about health and who I trust a lot. She came over and looked at the burn to see if she thought I should go to the doctor. She thought waiting and seeing was ok but to keep a very close eye on it. So my mother in law helped by getting burn bandages and ointment and using lots of lavender essential oil which is really good for healing skin. I chose not to go to the doctor, and really watched it over the next couple weeks. It actually healed very well!! I attached the pictures you asked for. They might be a little out of order, sorry about that. I believe the one on the very bottom is the initial burn, and then the burn pictures on the very top were a couple hours later or a day later. Thank you so much for your help.

Sincerely,
Customer 14

On Sat, Dec 16, 2017 at 11:33 AM, Instant Pot (Support) support@instantpot.com> wrote:

IMG_2851.JPG (403.9 kb)
IMG_2852.JPG (503.1 kb)
IMG_2856.JPG (425.4 kb)
IMG_0632.JPG (0.9 mb)
IMG_0633.JPG (822.5 kb)
IMG_0629.JPG (873.3 kb)
IMG_0631.JPG (644.6 kb)



Mon, Dec 3 2018 10:42PM

**03/03/2018 4:49 PM** 

Hello again,
What is the address I should ship it back to?

Thanks!
Customer 14

On Sat, Dec 16, 2017 at 11:33 AM, Instant Pot (Support) support@instantpot.com> wrote:

**03/03/2018 5:08 PM**  Dongjun W

Dear Customer 14

We acknowledge your most recent emails sent to us concerning the unfortunate incident that occurred a year ago. Thank you for providing this additional information. We will be examining this incident using the information you have kindly provided. Thank you for providing us your shipping address, and we will provide you a shipping form in another email shortly.

Respectfully yours,

Dongjun Wang

**03/03/2018 5:09 PM** Ticket Assigned to Support Return Shipping   Dongjun W

Please do the following.
1. Arrange return shipping of the full pot to Ottawa
2. Provide replacement with a full pot to the customer

Thanks!
Dongjun

**03/04/2018 8:44 PM**   Sorley O





Mon, Dec 3 2018 10:42PM

Hello [Customer 14]

Thank you for agreeing to send us back your DUO60 Instant Pot, it is very appreciated!

Please print all the attached Labels, (3) Commercial Invoice, (1)FedEx Label and (1)RMA to be include on the outside of package. FedEx should be able to provide a clear plastic envelope for this purpose. Please call 1-800-463-3339 to arrange pickup.

We have sent a request to the shipping department to send you a replacement DUO60 Instant Pot. They will email you within the next couple business days with tracking details. Shipping time is 5 to 10 business days.

If you have any future questions or concerns please do not hesitate to contact myself at any time!

Kind Regards,

---

03/04/2018 8:48 PM                                                                                       Sorley O

Hello [Customer 14]

The attachments were not successfully sent, please see below.

Kind Regards,

Commercial Invoice - [Customer 14] - 0138129.pdf (98.5 kb)
FedEx Return Label - [Customer 14] - 0138129.pdf (133.4 kb)
RMA - [Customer 14] - 0138129.docx (23.1 kb)

---

03/06/2018 5:17 PM                                                                                  Shipping Department



Mon, Dec 3 2018 10:42PM

Hi, Customer 14

Please be advised your DUO60 V3 was shipped, the FedEx tracking number is

Customer 14

Any questions, please feel free to call or email back.

(For US customer, this shipment needs to cross border from Canada, it could be tracked after 2-3 days in FedEx website.)

03/06/2018 5:46 PM                                                                                             Kevin C

Shipped. Please watch reply from customer.