

Mon, Dec 3 2018 10:45PM

# Ticket #0139290

| | | | |
|---|---|---|---|
| **Status** | Open | **Name** | Customer 15 |
| **Priority** | High | **Email** | Customer 15 hotmail.com |
| **Department** | Support | **Phone** | |
| **Create Date** | 09/20/2017 12:23 PM | **Source** | Phone |

| | | | |
|---|---|---|---|
| **Assigned To** | Dongjun W | **Help Topic** | Support |
| **SLA Plan** | | **Last Response** | 01/28/2018 10:58 PM |
| **Due Date** | | **Last Message** | 01/29/2018 5:18 AM |

## Ticket Details

| | |
|---|---|
| **Product Model Name (on silver label):** | DUO60 |
| **Shipping Address - Line 1:** | Customer 15 |
| **Shipping Address - City:** |  |
| **Shipping Address - State/Province:** |  |
| **Shipping Address - Zip Code/Post Code:** | Customer 15 |
| **Shipping Address - Country:** | USA |
| **Phone Number:** | Customer 15 |
| **Product Model Name for internal:** | DUO60 (version unknown) |
| **EPC Problem Tag:** | _PT_burn_injury_ |
| **Date code:** | 1508 |
| **Serial Number:** | 150860.20256 |
| **Replacement Required:** | Yes |
| **Replacement - EPC full package:** | DUO60 V3 |
| **Replacement - EPC Base:** | None |
| **Replacement - Sous Vide Immersion Circulator:** | None |

EXHIBIT S
1 of 7



Mon, Dec 3 2018 10:45PM

| | |
|---|---|
| Replacement - SV Accessories: | None |
| Replacement Route: | US to US |
| Return Shipping Required: | Yes |
| Return Shipping Route: | US to CAN |
| Has been shipped by customer: | No |
| Return to manufacturer Required: | No |
| Has been shipped out to manufacturer: | No |
| Is shipping required for marketing: | No |
| Marketing Purpose: | NONE |
| Is Injury Involved: | Yes |
| Returned to DI: | Yes |

# Malfunction

---

**09/20/2017 12:23 PM**                                                     Customer 15

Came in on ticket #0139175

We used our pressure cooker to make applesauce yesterday. The pressure was released and my husband opened the lid. The pressure apparently was not released and the lid exploded off and hot applesauce severally burned my husbands face and arms, my grandsons face, and my shoulder and neck. Can you please explain how this could have happened? We turned the release pressure button on the top of the machine.

---

**09/20/2017 12:59 PM**                                                     Dongjun W



Mon, Dec 3 2018 10:45PM

Dear Customer 15

My name is Dongjun Wang and I am the Vice-President of Customer Experience for Double Insight. I am very sorry to hear about the incident. I hope you will recover well very soon. We would like to work directly with you to resolve this matter. What we need from you is for you to help us with the followings.

- Shipping address and phone number
- Pictures of injury and the unit
- Doctor's notes and assessment
- A photo of silver label on the back side of the pot
- A photo of the serial number on the bottom of the pot
- What was the water level
- What function button was used for cooking
- Was the float valve up or down
- Was there lots of steam coming out before the lid was open
- Was there lots of force required to open the lid

We would like to get the pot back for investigation and send you a return shipping label for the pot. Do you have the original shipping box and a printer?

Sincerely,

Dongjun Wang

---

09/23/2017 3:42 PM                                                      Dongjun W

Dear Customer 15

I haven't receive your reply to my previous email, I hope everyone are recovering well.

Could you please tell me the model of the Instant Pot that you were using? A photo of the silver label on the back side of the pot would give us the information.

Sincerely,
Dongjun

---

11/22/2017 1:46 PM                                                      Customer 15



Mon, Dec 3 2018 10:45PM

Please see the attachment.

--
Customer 15
Customer 15

Please note my email address has been changed to:

Customer 15   Customer 15

ATT00002.htm (168 bytes)
20171110081307149.pdf (171.6 kb)

---

**11/22/2017 1:49 PM**                                    Customer 15

(empty)

ATT00001.txt (6 bytes)
ATT00005.txt (25 bytes)
IMG_0504.JPG (51.5 kb)
IMG_0503.JPG (90.7 kb)
IMG_0505.JPG (127.3 kb)

---

**11/22/2017 1:52 PM**                                    Customer 15

I had to send the information in several emails.

Sent from my iPhone

On Sep 20, 2017, at 12:00 PM, Instant Pot (Support) support@instantpot.com> wrote:

> Dear Customer 15
>
> My name is Dongjun Wang and I am the Vice-President



Mon, Dec 3 2018 10:45PM

- Shipping address and phone number

Customer 15

- Pictures of injury and the unit

Sent in another email

- Doctor's notes and assessment

Sent in another email

- A photo of silver label on the back side of the pot

Sent in another email

- A photo of the serial number on the bottom of the pot

Sent in another email

- What was the water level

1Cup

- What function button was used for cooking

Pressure

- Was the float valve up or down

Down

- Was there lots of steam coming out before the lid was open

No



Mon, Dec 3 2018 10:45PM

> - Was there lots of force required to open the lid

No

> We would like to get the pot back for investigation and send you a return shipping label for the pot. Do you have the original shipping box and a printer?

I do not have the original box. I do not have a printer

> Sincerely,
>
> Dongjun Wang
>
> Please reply to this email or login to our help desk with your email and ticket ID: 0139290

---

**11/22/2017 6:30 PM** more info in another ticket — Dongjun W

more pictures are in 0152916

---

**11/25/2017 11:46 AM** — Dongjun W



Mon, Dec 3 2018 10:45PM

Dear Ms. [Customer 15],

We acknowledge your most recent ticket and emails sent to us concerning a most unfortunate incident that occurred on September 19, 2017. Thank you for providing this additional information. We will be examining this incident using the information you have kindly provided. As part of our review, we ask that the pot be returned at our cost so that it can be examined and tested. We are happy to provide you with a replacement pot at no cost. You may use the box from the replacement pot to ship your old pot back to us. We will enclose a shipping form so that the pot may be shipped back to us at no cost to you.

We also welcome any additional information you have about the circumstances surrounding this incident. We are committed to taking steps to ensure both the safety and the satisfaction of our customers. To that end, please feel free to contact me directly with any further information or if you have any questions.

We sincerely regret this incident. We will ship your new pot to you immediately, and we would ask that you ship back the old pot at your earliest opportunity.

Respectfully yours,

Dongjun Wang
VP Quality Control & Customer Experience

---

**11/25/2017 11:58 AM** Ticket Assigned to Tamara L.                           Dongjun W

Hi Tamara,

Could you please create a return shipping label to Ottawa? Her address is below.
[Customer 15]
[Customer 15]
[redacted]

She does not have original box and printer. So we need Kevin to put return shipping document into the replacement box.

Regards,
Dongjun

---

**11/25/2017 6:02 PM**                                                         Tamara L.