Instant Pot is merging with maker of Corelle, CorningWare - New York Business Journal

From the New York Business Journal: https://www.bizjournals.com/newyork/news/2019/03/03/instant-pot-is-merging-with-maker-of-corelle.html

# Instant Pot is merging with maker of Corelle and CorningWare

Mar 3, 2019, 7:30pm EST

The maker of Instant Pot is merging with the maker of Corelle and CorningWare in a deal that will create kitchen-products company with a market value of $2 billion, The Wall Street Journal reported Sunday night.

Instant Brands Inc., which is based in Ottawa, Canada, and makes the popular Instant Pot, and Corelle Brands LLC, which is based in the Chicago suburb of Rosemont, Illinois, are expected to announce the merger Monday, the Journal reported, citing sources familiar with the matter.



PHOTO BY JEENAH MOON/THE NEW YORK TIMES
An Instant Pot Duo 6-quart.

The companies are not disclosing financial terms.

Corelle CEO Ken Wilkes will lead the merged company. Robert Wang, the CEO and founder of Instant Brands, will be the chief innovation officer.

Cornell Capital, a New York-based private-equity firm that bought Corelle in 2017, will own the majority of the combined company, the WSJ reported.

Instant Brands will keep its headquarters in Ottawa.

Instant Pot is an electric cooker that is a combination pressure cooker, slow cooker and rice cooker. The company has recently started diversifying, adding a blender that cooks food and other accessories to its product lineup.

Corelle also owns Pyrex and SnapWare.


EXHIBIT U